UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
                    :

In re                   :   Chapter 11

     FLYi, Inc., *et al.*,[1]     :   Case No. 05-20011 (MFW)

          Debtors.     :   (Jointly Administered)

                    :   **Ref. Docket No. 1734 & 1770**

------------------------------------------------------X

## ORDER APPROVING
## EMPLOYEE INCENTIVE AND SEVERANCE PROGRAM

This matter coming before the Court on the motion (the "Motion")[2] of the above-captioned debtors (collectively, the "Debtors") for the entry of an order approving their proposed Employee Plan; the Court having reviewed the Motion and the Notice of Amendment to Proposed Employee Incentive and Severance Program (D.I. 1770; the "Amendment"), and having heard the statements of counsel at a hearing before the Court on the Motion (the "Hearing"); the Court finding that: (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper under 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) notice of the Motion and the Hearing was sufficient under the circumstances; (v) the Debtors have articulated a sound business purpose for the approval and implementation of the Employee Plan and have sought such approval in their sound business judgment; and (vi) approval of the Employee Plan is in the best

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FLYi, Inc. (1051); Independence Air, Inc. (1749); Atlantic Coast Jet, LLC (1492); Atlantic Coast Academy, Inc. (9852); IA Sub, Inc. (none); WaKeeney, Inc. (none); and Atlantic Coast Airlines, Inc. (none). The address of each of the Debtors is 45200 Business Court, Dulles, VA 20166.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

interests of the Debtors, their creditors, their estates and other parties in interest; and after due deliberation the Court having determined that good and sufficient cause has been shown;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as modified herein.

2.      The Employee Plan, as modified by the Amendment, is hereby approved, pursuant to sections 105(a), 363(b) and 503(c) of the Bankruptcy Code, and any amounts due and owing to employees covered by the Employee Plan shall be paid as and when due; provided, that Mr. Kennedy shall not be entitled to receive any Prepayments. The Debtors' estates are authorized and directed to take any and all actions that are necessary or appropriate to implement the Employee Plan.

3.      The entry of this Order is without prejudice to the right of the Debtors and their estates to apply to the Court for additional payments or consideration to be made to any employee, whether subject to section 503(c) of the Bankruptcy Code or otherwise. All parties in interest reserve all rights to object to any such payments or consideration.

4.      The terms and provisions of this Order shall be binding in all respects, and shall inure to the benefit of, the Debtors, their estates, creditors and interest holders and their respective affiliates, successors and assigns, and the estates are hereby authorized and directed to make the payments approved by this Order as and when owed under the Employee Plan.

COI-1359467v7
DB02:5694200.3

064657.1001

5.     This Court retains jurisdiction over any and all matters or disputes with respect to any of the relief granted in this Order.

Dated: Wilmington, Delaware
           January 23, 2007

MARY F. WALRATH
CHIEF UNITED STATES BANKRUPTCY JUDGE