# EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FLYi, INC., *et al.*, | : | Case No. 05-20011-MFW |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## LOUDOUN GATEWAY III, LLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO FLYI AND INDEPENDENCE AIR DISTRIBUTION TRUST

Loudoun Gateway III, LLC ("LLC"), by its undersigned counsel, hereby propounds this First Request for Production of Documents (the "First Request") to FLYi and Independence Air Distribution Trust ("Independence"). Independence is requested to produce for inspection and copying at the offices of the LLC's undersigned Delaware counsel all documents described in this First Request not later than April 9, 2008.

## DEFINITIONS

1.    "FLYi," as used herein, refers to the FLYi, Inc.

2.    "Independence," as used herein, refers to the Independence Air, Inc.

3.    "Debtors," as used herein, refers to FLYi and Independence collectively.

4.    "LLC," as used herein, refers to Loudoun Gateway, III, LLC.

5.    "Atlantic Coast," as used herein, refers to Atlantic Coast Airlines Holdings, Inc.

6.    The "Property," as used herein, refers to the building encompassing 76,982 square feet located at 45200 Business Court, Dulles, Virginia.

7.    The "Lease," as used herein, refers to the Lease dated July 19, 2000 between LLC and Atlantic Coast, as amended, pursuant to which LLC agreed to lease the Property to Atlantic Coast.

8.    The "Commencement Date," as used herein, refers to the Commencement Date as defined in the Lease (as amended); i.e., December 1, 2000.

9.    The "Petition Date," as used herein, refers to the date upon which Debtors filed their Petition for Voluntary Bankruptcy under Chapter 11 of the Bankruptcy Code in Case No. 05-20011; i.e., November 7, 2005.

## INSTRUCTIONS

1.    For purposes of these Requests, documents shall be defined to include, but are not limited to, any written, recorded or graphic material, whether typed, hand written, printed or otherwise recorded and any photograph, motion picture, photostat, computer entries or computerized records of any type, microfilm or other reproduction including by way of example only, e-mails, correspondence, memoranda, notes, summaries, articles, releases, reports, records, minutes, notes or records of personal or telephone conversations, conferences, meetings or events, tapes; or any other audible recordings.  The term documents includes drafts of non-identical copies as well as copies, any part of which contains information responsive to any Request herein.

2.    "And" as well as "or" shall be construed conjunctively or disjunctively as necessary to bring within the scope of any Request all documents that might otherwise be construed to be outside the scope.  The use of a verb in all other tenses and the use of the single shall be construed as the use of the plural and *vice versa*.

3.    The pronouns "you" and "your" refer to Independence and includes its attorneys, consultants, agents, servants, employees, representatives or any competent firm or person acting on Independence's behalf.

4.    As used herein, "custody" means documents that are presently within your possession or control, or have been within your possession or control, or that of your principals, agents, affiliates, officers, employees, subsidiaries, attorneys, and representatives.  If any document is no longer in your custody, please identify and describe each document sufficiently to disclose its nature and contents and state the reasons for, and the circumstances relating to, the loss of possession, custody or control.

5.    "Relate," "concern" or "regard" mean and include referring to, alluding to, responding to, relating to, connected with, commenting on, in respect of, about, regarding, discussing, showing, concerning, describing, mentioning, analyzing, reflecting, evidencing, containing or constituting.

6.    If you object to the production of any document, identify the document sufficiently to disclose its nature and content; state the present location of the document; and state the grounds for objection.

7.    If any document is withheld under any claim of privilege, please describe the document sufficiently to disclose the basis for the claim of privilege; state the nature of the privilege, the author of the document, any recipients of the document and where it is now located.

8.    This Request for Production of Documents is continuing in nature and you are, therefore, required to supplement your production if you obtain additional documents that are responsive hereto during the pendency of this action and any and all appeals.

### DOCUMENTS TO BE PRODUCED

1.      Copies of all cancelled checks, drafts, or wire transfer records which evidence, relate or pertain to any payments made to the LLC by Independence at all times before or after the Petition Date.

2.      Copies of all Independence "New Vendor Set Up Requests" forwarded to the Lenkin Company or to any representative of the LLC.

3.      Copies of all completed "New Vendor Set Up Requests" forms provided to Independence by either the Lenkin Company or by any representative of the LLC.

4.      Copies of all Federal and Commonwealth of Virginia income tax returns filed by Independence on account of the 2005 and 2006 tax years.

5.      Copies of all written communications or documents sent by Independence to any of the following individuals or entities which in any way relate to the Property:

   (a)     The LLC

   (b)     The Lenkin Company

   (c)     William Walde

   (d)     Melvin Lenkin

   (e)     Edward J. Lenkin

   (f)     Sam Gould

   (g)     Asset Management, LLC

   (h)     Al Moler

6.    Copies of all written communications or documents sent by any of the individuals/entities identified in 5(a) - (h) above to Independence which relate in any way to the Property.

7.    Copies of all written communications or documents transmitted by FLYi to any of the entities or individuals identified in 5(a) – (h) above which relate in any way to the Property.

8.    Copies of all written communications or documents sent by any of the individuals/entities identified in 5(a) – (h) to FLYi which in any way relate to the Property.

9.    All documents of any type including, but not limited to, correspondence, e-mails, and memoranda which were either prepared or signed by Mike Stuart in his capacity as "Director, Corporate Real Estate," during the years 2005 and 2006.

10.    All contracts, agreements, memoranda, or any other documents which evidence, relate or pertain to any legal obligations, monetary or otherwise, which were incurred by FLYi prior to the Petition Date, but which were paid by Independence.

11.    All contracts, agreements, memoranda, or any other documents which evidence, relate or pertain to any legal obligations, monetary or otherwise, which were incurred by FLYi after the Petition Date, but which were paid by Independence.

12.    All contracts, agreements, memoranda, or any other documents which evidence, relate or pertain to any legal obligations, monetary or otherwise, which were incurred by Independence prior to the Petition Date, but which were paid by FLYi.

13.    All contracts, agreements, memoranda, or any other documents which evidence, relate or pertain to any legal obligations, monetary or otherwise, which were incurred by Independence after the Petition Date, but which were paid by FLYi.

14.    Copies of all internal accounting journals, ledgers, or other accounting documents which evidence, relate or pertain to any advances or loans made by Independence by or on behalf of FLYi, or on account of FLYi's operating expenses, including, but not limited to, rent payments due from FLYi under the Lease.

15.    Copies of all internal accounting journals, ledgers, or other accounting documents which evidence, relate or pertain to any advances or loans made by FLYi by or on behalf of Independence, or on account of Independence's operating expenses.

16.    All financial statements issued for or on behalf of Independence, whether audited or otherwise, which are dated either 2005, 2006, or 2007.

Dated: March 19, 2008

Respectfully submitted,

*Victoria W. Counihan*

Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
Tel: (302) 661-7000
Fax: (302) 661-7360
Email: counihanv@gtlaw.com
        melorod@gtlaw.com

and

*DEL 86,211,281v2 3/19/2008*

Emil Hirsch
O'Connor & Hannan, LLP
1666 K Street N.W.
Suite 500
Washington, D.C. 20006
Tel: (202) 887-1400
Fax: (202) 466-2198
Email: ehirsch@oconnorhannan.com

*Attorneys for Loudoun Gateway III, LLC*

*DEL 86,211,281v2 3/19/2008*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, 2008, a copy of the foregoing document was sent via Hand Delivery to:

> M. Blake Cleary, Esq.
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

Victoria W. Counihan (No. 3488)

# EXHIBIT 2

EXHIBIT 3

FX001

File   Edit   View   Tools   Help

Back    Search    Folders

Address  E:\001                                                              Go

| Name | Size | Type | Date Modified | Date Picture Taken | Dimensions |
|------|------|------|---------------|--------------------|------------|
| FLYI000725.TIF | 32 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000726.TIF | 57 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000727.TIF | 35 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000728.TIF | 32 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000729.TIF | 57 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000730.TIF | 81 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000731.TIF | 11 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000732.TIF | 88 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000733.TIF | 32 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000734.TIF | 57 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000735.TIF | 35 KB | Microsoft Office Document Imaging File | PM | | 2549 x 3344 |
| FLYI000736.TIF | 32 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000737.TIF | 57 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000738.TIF | 81 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000739.TIF | 11 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000740.TIF | 88 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000741.TIF | 32 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000742.TIF | 57 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000743.TIF | 35 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000744.TIF | 32 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000745.TIF | 57 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000746.TIF | 81 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000747.TIF | 11 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000748.TIF | 88 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000749.TIF | 46 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000750.TIF | 44 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |
| FLYI000751.TIF | 40 KB | Microsoft Office Do... | 4/9/2008 12:29 PM | | 2549 x 3344 |

# EXHIBIT 4

| | A — Work File | B |
|---|---|---|
| 76 | Atlantic Coast Airlines, Inc. | |
| 77 | Consol. Statement of Cash Flows | |
| 78 | | |
| 79 | | |
| 80 | | |
| 327 | | |
| 328 | | |
| 329 | | |
| 330 | Preops, net, beginning of period | |
| 331 | Atlantic Coast Airlines, Inc. | Additions - 189-586, 189-588, 189-597 |
| 332 | | Non cash reduction due to BAE Credit |
| 333 | | Amortization - 530-742, 682-745 |
| 334 | | A/P Credits |
| 335 | | Reclass Post 11/20 Charter Revenue |
| 336 | | Reclass to Travel Expenses (511-365) |
| 337 | | Reclass to Fixed Assets |
| 338 | | Accrued SIM Rent on CRJ from 8/97 (Cr to Accr l |
| 339 | | Reclass cash advances from A/R - cash disburse |
| 340 | Preops, net, end of period | |
| 341 | | |
| 342 | BAE Credit Cumulative Balance | |
| 343 | | |
| 344 | Intangible assets, net, beginning of period | |
| 345 | | Additions - 189-580, 189-591, 189-593 (Financing |
| 346 | | Additions - Capitalized Interest 189-585 (Operatin |
| 347 | | Amort Goodwill, Slots - 682-740, 682-800 |
| 348 | | Amort loan fees - 810-817, 514-470 |
| 349 | | Amort Capitalized Interest |
| 350 | | Write-offs |
| 351 | | Fleet Legal Fees (credited to 201-605 non cash tr |
| 352 | | Reclass from short term deposits |
| 353 | Intangible assets, net, end of period | |
| 354 | | |
| 355 | | |
| 356 | Deferred Cr, net, beginning of period | |
| 357 | | Additions - dfrd rent concession - 220-800,805,81 |
| 358 | | BAE Credit (non cash trans) |
| 359 | | BAE Credit (cash trans) |
| 360 | | Additional HQ Credit recorded to AR (non cash) |
| 361 | | Additional HQ Credit reclass from FA (non cash) |
| 362 | | Training Credits |
| 363 | | Hangar Rent Payments (some may be operating |
| 364 | | Brad Credit (non cash trans) 220-860 |
| 365 | | Amortization - 890-865, 514-470, 683-446, 682-446 |
| 366 | | Rent Expense - Hangar and HQ |
| 367 | | Reclass to Congress Line of Credit (non cash tran |
| 368 | | Reclass to Other Assets (Mx Hangar Deposit - 18 |
| 369 | | Gain on sale /leaseback of rotable parts |
| 370 | | Reclass from short term deposits |

| # | A — Work File | B |
|---|---|---|
| 76 | Atlantic Coast Airlines, Inc. | |
| 77 | Consol. Statement of Cash Flows | |
| 78 | | |
| 79 | | |
| 80 | | |
| 327 | | |
| 328 | | |
| 329 | **Amortization support** | |
| 330 | Preops, net, beginning of period | |
| 331 | | Additions - 189-586, 189-588, 189-597 |
| 332 | | Non cash reduction due to BAE Credit |
| 333 | | Amortization - 530-742, 682-745 |
| 334 | | A/P Credits |
| 335 | | Reclass Post 11/20 Charter Revenue |
| 336 | | Reclass to Travel Expenses (511-365) |
| 337 | | Reclass to Fixed Assets |
| 338 | | Accrued SIM Rent on CRJ from 8/97 (Cr to Accr l |
| 339 | | Reclass cash advances from A/R - cash disburse |
| 340 | Preops, net, end of period | |
| 341 | | |
| 342 | BAE Credit Cumulative Balance | |
| 343 | | |
| 344 | Intangible assets, net, beginning of period | |
| 345 | | Additions - 189-580, 189-591, 189-593 (Financing |
| 346 | | Additions - Capitalized Interest 189-585 (Operatin |
| 347 | | Amort Goodwill Slots – 682-740, 682-800 |
| 348 | | Amort loan fees - 810-817, 514-470 |
| 349 | | Amort Capitalized Interest |
| 350 | | Write-offs |
| 351 | | Fleet Legal Fees (credited to 201-605 non cash tr |
| 352 | | Reclass from short term deposits |
| 353 | Intangible assets, net, end of period | |
| 354 | | |
| 355 | | |
| 356 | Deferred Cr, net, beginning of period | |
| 357 | | Additions - dird rent concession - 220-800,805,81 |
| 358 | | BAE Credit (non cash trans) |
| 359 | | BAE Credit (cash trans) |
| 360 | | Additional HQ Credit recorded to AR (non cash) |
| 361 | | Additional HQ Credit reclass from FA (non cash) |
| 362 | | Training Credits |
| 363 | | Hangar Rent Payments (some may be operating |
| 364 | | Brad Credit (non cash trans) 220-860 |
| 365 | | Amortization - 890-865, 514-470, 683-446, 682-446 |
| 366 | | Rent Expense - Hangar and HQ |
| 367 | | Reclass to Congress Line of Credit (non cash tran |
| 368 | | Gain on sale leaseback of rotable parts |
| 369 | | Reclass to Other Assets (Mx Hangar Deposit - 16 |
| 370 | | Reclass from short term deposits |

CONFIDENTIAL

31 BS1998.xls

| | A | Work File |
|---|---|---|
| 76 | Atlantic Coast Airlines, Inc. | |
| 77 | Consol. Statement of Cash Flows | |
| 78 | | |
| 79 | | |
| 80 | | |
| 371 | Deferred Cr, net, end of period | |
| 372 | | |
| 373 | | |
| 374 | | |
| 375 | Accounts payable support | |
| 376 | | |
| 377 | Accounts Payable , begining of period | |
| 378 | | |
| 379 | | |
| 380 | | |
| 381 | | |
| 382 | | |
| 383 | | |
| 384 | | |
| 385 | | |
| 386 | | |
| 387 | Accounts Payable, end of period | |
| 388 | | |

5/12/1998    2:28 PM

FLY012834

| | A | B |
|---|---|---|
| | **Work File** | |
| 76 | **Atlantic Coast Airlines, Inc.** | |
| 77 | **Consol. Statement of Cash Flows** | |
| 78 | | |
| 79 | | |
| 80 | | |
| 371 | Deferred Cr, net, end of period | |
| 372 | | |
| 373 | | |
| 374 | | |
| 375 | **Accounts payable support** | |
| 376 | | |
| 377 | Accounts Payable, begining of period | |
| 378 | | |
| 379 | | BRAD Credit Db 202-620 Trade A/P, Cr 220-860, |
| 380 | | BRAD Credit Db 202-620 Trade A/P, Cr 141-340 |
| 381 | | BRAD Credit Db 202-620 Trade A/P, Cr 520-540 |
| 382 | | BRAD Credit Purchases (non cash trans-offset to |
| 383 | | Reclass Brad Debit in A/P to A/R |
| 384 | | BRAD Credit (non cash trans) acct 203-629 Othe |
| 385 | | Bombardier Credit against Preops paid in past |
| 386 | | Cash in lieu on convertible debt (non cash trans) |
| 387 | Accounts Payable, end of period | Change in accounts payable (plugged difference) |
| 388 | | |

CONFIDENTIAL

31 BS1998.xls

5/12/1998   2:28 PM

FLY013009

| # | A — Work File | B |
|---|---|---|
| 76 | Atlantic Coast Airlines, Inc. | |
| 77 | Consol. Statement of Cash Flows | |
| 78 | | |
| 79 | | |
| 80 | | |
| 389 | Brad Credit Monthly Balance | |
| 390 | Brad Credit Cumulative Balance | |
| 391 | Brad Credit Cumulative Balance | |
| 392 | **Accrued liabilities support** | |
| 393 | | |
| 394 | Accrued liabilities, beginning of period | |
| 395 | | Provision for engine overhauls |
| 396 | | Purchases of engine overhauls |
| 397 | | Reversal of reserves on aircraft sale (non $) |
| 398 | | Change in other accrued liabilities    (plugged diff... |
| 399 | | Tax Options Addback, writeoff def tax asset, set u |
| 400 | | Writeoff def tax asset and set up def tax liab |
| 401 | | Accrued SIM Training Capitalized in Preops |
| 402 | | Convertible Debt underwriters fees accrued |
| 403 | Accrued liabilities, end of period | |
| 404 | | |
| 405 | | |
| 406 | | |
| 407 | **Prepaid expenses and other assets support** | |
| 408 | Balance at beginning of month | |
| 409 | | Cash provided/used    (plugged difference) |
| 410 | | Reclass to prepaid income tax |
| 411 | | BRAD Credit |
| 412 | | Remaining Debt from BRAD Cr (Non cash trans) |
| 413 | | Hangar rent payments |
| 414 | | Reclass to deferred hangar credit |
| 415 | | Reclass to Other Assets |
| 416 | | Reclass to CS pursuant to stock split |
| 417 | | Reclass to loan fees (188-580) |
| 418 | Balance at end of month | Reclass to Congress Line of Credit (non cash tran |
| 419 | | |
| 420 | Brad Cumulative Balance | |
| 421 | | |
| 422 | | |
| 423 | **Equity support** | |
| 424 | Common, pfd and APIC, beginning of period | |
| 425 | | *Proceeds from issuance of CS, net expenses* |
| 426 | | |
| 427 | | *Proceeds from issuance of PS, net* |
| 428 | | Tax Options Addback (non cash trans) |
| 429 | | Reclass to CS pursuant to stock split |
| 430 | | Reclass from APIC pursuant to stock split |
| 431 | | Debt Conversion to Common Stock (non cash tra |
| 432 | | Debt Conversion Expense (non cash trans) |

CONFIDENTIAL

31 BS1998.xls

5/12/1998   2:28 PM

| | A | Work File | B |
|---|---|---|---|
| 76 | **Atlantic Coast Airlines, Inc.** | |
| 77 | **Consol. Statement of Cash Flows** | |
| 78 | | |
| 79 | | |
| 80 | | |
| 388 | Brad Credit Monthly Balance | |
| 390 | Brad Credit Cumulative Balance | |
| 391 | | |
| 392 | **Accrued liabilities support** | |
| 393 | | |
| 394 | Accrued liabilities, beginning of period | |
| 395 | | Provision for engine overhauls |
| 396 | | Purchases of engine overhauls |
| 397 | | Reversal of reserves on aircraft sale (non $) |
| 398 | | Change in other accrued liabilities    (plugged diff |
| 399 | | Tax Options Addback, writeoff def tax asset, set u |
| 400 | | Writeoff def tax asset and set up def tax liab |
| 401 | | Accrued SIM Training Capitalized in Preops |
| 402 | | Convertible Debt underwriters fees accrued |
| 403 | Accrued liabilities, end of period | |
| 404 | | |
| 405 | | |
| 406 | | |
| 407 | **Prepaid expenses and other assets support** | |
| 408 | Balance at beginning of month | |
| 409 | | Cash provided/used    (plugged difference) |
| 410 | | Reclass to prepaid income tax |
| 411 | | BRAD Credit |
| 412 | | Remaining Debt from BRAD Cr (Non cash trans) |
| 413 | | Hangar rent payments |
| 414 | | Reclass to deferred hangar credit |
| 415 | | Reclass to Other Assets |
| 416 | | Reclass to loan fees (189-580) |
| 417 | | *Reclass to Congress Line of Credit (non cash tran* |
| 418 | Balance at end of month | |
| 419 | | |
| 420 | Brad Cumulative Balance | |
| 421 | | |
| 422 | | |
| 423 | **Equity support** | |
| 424 | Common, pfd and APIC, beginning of period | |
| 425 | | *Proceeds from issuance of CS, net expenses* |
| 426 | | |
| 427 | | Proceeds from issuance of PS, net |
| 428 | | Tax Options Addback (non cash trans) |
| 429 | | Reclass to CS pursuant to stock split |
| 430 | | Reclass from APIC pursuant to stock split |
| 431 | | Debt Conversion to Common Stock (non cash tra |
| 432 | | Debt Conversion Expense (non cash trans) |

CONFIDENTIAL

31 BS1998.xls                    5/12/1998    2:28 PM

| | A | B |
|---|---|---|
| | | Work File |
| 76 | Atlantic Coast Airlines, Inc. | |
| 77 | Consol. Statement of Cash Flows | |
| 78 | | |
| 79 | | |
| 80 | | |
| 433 | | Forfeited Interest - EITF 85-17 (non cash trans) |
| 434 | | Writeoff Convertible Debt Issuance Cost (non cas |
| 435 | | Compensation expense due to grant of unauthori |
| 436 | Common, pfd and APIC, end of period | |
| 437 | | |
| 438 | | |
| 439 | Accounts Receivable | |
| 440 | Balance at beginning of month | |
| 441 | | |
| 442 | | Bad debt expense  682-661 |
| 443 | | BAE Credit  (non cash) |
| 444 | | BAE Credit reclass to Other Assets  (non cash tra |
| 445 | | Additional HQ Credit recorded to AR  (non cash) |
| 446 | | Unused BRAD Credit |
| 447 | | Training Credits |
| 448 | | Change in A/R balance  (plugged difference) |
| 449 | | Reclass to Preop |
| 450 | | Reclass to other Assets |
| 451 | Balance at end of month | Reclass (to)/from Debt Issuance Costs |
| 452 | | |
| 453 | | |
| 454 | Expendable parts and fuel inventory | |
| 455 | Balance at beginning of month | |
| 456 | | Reserve for obsolescence  130-230 |
| 457 | | Unutilized BRAD credit (non cash trans) |
| 458 | | Change in inventory balance  (plugged difference |
| 459 | | |
| 460 | Balance at end of month | |
| 461 | | |
| 462 | | |
| 463 | | |
| 464 | Other Assets [BAE Cr 127-188, Split $ A/R 127-185, 141-337 PPD Rent Avg, Other Dep 182-530, Mx Hngr 182-535] | |
| 465 | Balance at beginning of month | |
| 466 | | BAE Credit reclass from A/R (non cash trans) |
| 467 | | Change in other assets  (plugged difference) |
| 468 | | Air BP Deposit |
| 469 | | Amortize Prepaid Maintenance Rent |
| 470 | | Interest on BAE Credit |
| 471 | | Reclass from Deferred Hanger Credit |
| 472 | | Maintenance Rent Pymts |
| 473 | | Maintenance Rent Pymts through Line of Credit |
| 474 | | Non cash corrections to rent payments |
| 475 | | Non cash reclass from Prepaids - PPD A/C Avg |
| 476 | | Non cash reclass from A/R - Split $ Life |

CONFIDENTIAL

FLY013187

|   | A Work File | B |
|---|---|---|
| 76 | Atlantic Coast Airlines, Inc. | |
| 77 | Consol. Statement of Cash Flows | |
| 78 | | |
| 79 | | |
| 80 | | |
| 433 | | |
| 434 | | Forfeited Interest - EITF 85-17 (non cash trans) |
| 434 | | Writeoff Convertible Debt Issuance Cost (non cas |
| 435 | | Compensation expense due to grant of unauthori |
| 436 | Common, pfd and APIC, end of period | |
| 437 | | |
| 438 | | |
| 439 | Accounts Receivable | |
| 440 | Balance at beginning of month | |
| 441 | | |
| 442 | | Bad debt expense  682-661 |
| 443 | | BAE Credit  (non cash) |
| 444 | | BAE Credit reclass to Other Assets (non cash tra |
| 444 | | Additional HQ Credit recorded to A/R (non cash) |
| 445 | | Unused BRAD Credit |
| 446 | | Training Credits |
| 447 | | Change in A/R balance  (plugged difference) |
| 448 | | Reclass to Preop |
| 449 | | Reclass to other Assets |
| 450 | | Reclass (to)/from Debt Issuance Costs |
| 451 | Balance at end of month | |
| 452 | | |
| 453 | | |
| 454 | Expendable parts and fuel inventory | |
| 454 | | Reserve for obsolescence  130-230 |
| 455 | Balance at beginning of month | |
| 456 | | BAE Credit reclass to Other Assets (non cash tra |
| 457 | | Unutilized BRAD credit (non cash trans) |
| 458 | | Change in inventory balance  (plugged difference |
| 459 | | |
| 460 | Balance at end of month | |
| 461 | | |
| 462 | | |
| 463 | | |
| 464 | Other Assets (BAE Cr 127-188, Split $ A/R 127-185, 141-337 PPD Rent Avg, Other Dep 182-530, Mx Hngr 182-535) | |
| 465 | Balance at beginning of month | |
| 466 | | BAE Credit reclass from A/R (non cash trans) |
| 467 | | Change in other assets   (plugged difference) |
| 468 | | Air BP Deposit |
| 469 | | Amortize Prepaid Maintenance Rent |
| 470 | | Interest on BAE Credit |
| 471 | | Reclass from Deferred Hangar Credit |
| 472 | | Maintenance Rent Pymts |
| 473 | | Maintenance Rent Pymts through Line of Credit |
| 474 | | Non cash corrections to rent payments |
| 475 | | Non cash reclass from A/R - Split $ Life |
| 476 | | Non cash reclass from Prepaids - PPD A/c Avg |

# EXHIBIT 5

# O'CONNOR & HANNAN, L.L.P.

## ATTORNEYS AT LAW

F. GORDON LEE
GEORGE J. MANNINA, JR.
ROBERT M. ADLER
TIMOTHY W. JENKINS
REED W. NEUMAN
KURT E. BLASE
THOMAS J. CORCORAN*
JAMES W. SYMINGTON
JOHN M. HIMMELBERG
J. CRAIG POTTER
ALBERT P. LINDEMANN, JR.
EMIL HIRSCH
FREDERICK T. DOMBO, III
PAUL L. KNIGHT
GERALD H. YAMADA
CRAIG A. KOENIGS
D. LEE FORSGREN
DONALD M. ITZKOFF

PATRICK J. O'CONNOR (1920-2005)
JOE A. WALTERS (1920-2005)

ASSOCIATES
JAMES P. RYAN
CATHERINE M. SAUVAIN
TAMIR D. DAMARI

SUITE 500
1666 K STREET, N.W.
WASHINGTON, D.C. 20006-2803
(202) 887-1400
FAX (202) 466-2198
FAX (202) 466-3215
www.oconnorhannan.com

LEGISLATIVE CONSULTANTS
GEORGE J. HOCHBRUECKNER*
JAMES H. ENGLISH*
B. KEITH HEARD*

SENIOR POLICY ADVISOR
SHERRY M. HARPER*

OF COUNSEL
CHARLES R. McCARTHY, JR.
THOMAS J. SCHNEIDER (RETIRED)

* NOT AN ATTORNEY

April 28, 2008

Via E-Mail

M. Blake Cleary, Esq.
Sharon Zieg, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Re: *In Re: FLYi Inc.* (United States Bankruptcy Court for the District of Delaware,
Jointly Administered Case No. 05-20011)

Dear Mr. Cleary and Ms. Zeig:

I am writing in connection with your document production of April 9, 2008. We have reviewed your responses and the actual document production itself. For the reasons described below, this production does not comply with the letter and spirit of F.R.C.P. 34, as incorporated by the Federal Bankruptcy Rules.

As you know, Rule 34 requires a party responding to a document request to produce documents "as they are kept in the ordinary course of business or [the party] must organize and label them to correspond to the categories in the request." Instead of adhering to this mandate, the Trust has instead produced 50,000 pages of its responsive documents in electronic format on 2 DVDs, each of which contains 50 directories. Each directory is identified only by a number (e.g., 001, 002, etc.), and there is therefore no way to discern the types of documents each individual directory contains.

Additionally, within each numbered directory there are approximately 500 separate "TIF" image files, each TIF file representing a single page of a single document. These TIF files, in turn, are each identified only by the bates number corresponding to the particular image, so there is no way (short of opening the TIF file) to determine what each image represents. Additionally, since each TIF file only corresponds to a single page, and since many of the documents are

M. Blake Cleary, Esq.
Sharon Zeig, Esq.
April 28, 2008
Page 2

comprised of multiple pages, there is no way, short of going through each individual TIF file, to determine where each individual document begins and ends (let alone, a way to determine the relationship between the individual documents). In short, the documents seem to have been produced in the most "non user-friendly" format conceivable. It would beggar belief for the Trust to suggest that the manner in which the documents have been produced is the manner in which they are kept in the ordinary course of business.[1]  You are undoubtedly aware of the burden of reviewing these 50,000 pages in the non-compliant manner in which you have produced them.

Moreover, from the best we can discern, many (if not the majority) of the TIF image "documents" produced by the Trust appear to be unresponsive to our Requests. Many of these images are individual pages of spreadsheets containing raw financial data.[2]  Much of the data seems to have no relationship whatsoever to the scope of our Document Requests. Our Document Requests were narrowly tailored precisely to avoid such a massive "paper dump" of irrelevant documents. Nonetheless, it appears that the Trust, rather than responding to our individual Document Requests, has instead provided us with the entirety of the Debtors' financial database. As a result, it is impossible without undue burden to determine whether the Trust has failed to produce responsive documents, or, alternatively, whether such documents have been "buried" in a mass of unresponsive and irrelevant TIF image files. This is improper as it is deliberately burdensome in violation of Rule 34.

We therefore request that the Trust comply with its obligations under the applicable Rules. Given the imminence of trial, and our desire to avoid embroiling the Court in a discovery dispute, we may be willing to negotiate a resolution short of requiring an absolute adherence to F.R.C.P. 34. We will not, however, accept your production as is.

Please contact me or Emil upon your receipt of this letter to discuss this matter further.

Sincerely,

Tamir Damari

---

[1] By contrast, LLC's documents were produced to you in precisely the manner in which they were kept in the ordinary course of business, complete with the labels for the individual files.

[2] Moreover, many of the TIF images which are in spreadsheet form appear to be either incomplete, or they are formatted in such a way that their data is unintelligible when the spreadsheet is printed.

EXHIBIT 6

## Tamir D. Damari

**From:**     Zieg, Sharon [SZIEG@ycst.com]
**Sent:**     Monday, April 28, 2008 4:18 PM
**To:**       Tamir D. Damari; Cleary, M. Blake; rwhamilton@jonesday.com; Mary E. Tait
**Cc:**       Emil Hirsch; melorod@gtlaw.com; Dorsey, John
**Subject:** RE: Document Production

Tamir,

I assure you that the fact that a few duplicative documents and/or non-responsive documents were produced to Loudon was not the result of any malicious intent, but a result of the short timeframe for responding to discovery requests and an abundance of caution to produce responsive documents.  Moreover, the Trust's electronic production consisted of approximately 167 documents.  I do not believe that anyone would considered this to be an overly burdensome electronic production.

Regards,
Sharon M. Zieg
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: 302-571-6655
Facsimile: 302-576-3350
SZIEG@ycst.com

To ensure compliance with requirements imposed by the Internal Revenue Service in Circular 230 on tax practitioners, we inform you that, unless we expressly state otherwise in this communication (including any attachments), any federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or other matter addressed herein.

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Tamir D. Damari [mailto:tdamari@oconnorhannan.com]
**Sent:** Monday, April 28, 2008 3:52 PM
**To:** Cleary, M. Blake; Zieg, Sharon; rwhamilton@jonesday.com; Mary E. Tait
**Cc:** Emil Hirsch; melorod@gtlaw.com
**Subject:** Document Production

Blake and Sharon:

In addition to each of the deficiencies of the Trust's document production outlined in my letter of earlier today, I now understand that there are large series of document ranges comprised exclusively of duplicates of the same TIF image.  For example, bates ranges, 12725-12834, 12834-13009, 13010-13185 and 13186-13361 each represent a single document followed by duplicates of that same document.  I understand that there are many other examples of such duplication.

While I understand that some duplicates are inevitable in any production, the unusual extent of the duplicates in the Trust's document production places yet additional unnecessary burden upon our client, and compounds the other problems associated with the Trust's document production, which I've previously described.

EXHIBIT 7

## Tamir D. Damari

**From:** Mary E. Tait [metait@JonesDay.com]
**Sent:** Monday, April 28, 2008 5:15 PM
**To:** Tamir D. Damari
**Cc:** rwhamilton@jonesday.com
**Subject:** FLYi/Loudoun discovery issues

Hi Tamir, pleasure to speak with you today.  Attached is the file I mentioned that contains basic metadata for the FLYi electronic production.  You can open it from within Excel or with notepad.
 I am having a copy of a CD made and overnighted to you which contains the more voluminous metadata (allowing OCR searches of the documents on the CD's).  Give me a call if you have any difficulties with these.

Below is the lists of documents missing from the bates-range of Loudoun's production.  Please confirm whether these have all been withheld on the basis of privilege:

LLC-001
LLC-00255
LLC-00601
LLC-00729 through LLC-00731
LLC-00786
LLC-00789
LLC-00794
LLC-00863
LLC-00878 through LLC-00881
LLC-01055
LLC-01057 through LLC-01065

Finally, the documents we would like to receive copies of are listed under item 6 on page 4 of the Bowersox expert report.  They are:

The Urban Land Institute's Real Estate Capital Markets Update dated 12-15-06

Tax Assessments and Parcel Database of Loudoun County, Virginia

Comparative Income Statement for The Lenkin Company

Cassidy and Pinkard's Office Sales comparisons for 2006

Thanks,

Mary

Mary E. Tait
Jones Day
P. O. Box 165017
Columbus, Ohio 43216-5017
Direct Dial:  (614) 281-3914
Facsimile:   (614) 461-4198

5/6/2008

EXHIBIT 8

11.DAT

þPROD_BEGþ☐þPROD_ENDþ☐þPAGESþ☐þCD_VOLþ☐þDATE_SENTþ☐þDATE_CREATEDþ☐þDATELASTMODþ☐þDOC
TYPEþ☐þAUTHORþ☐þFROMþ☐þTOþ☐þCCþ☐þBCCþ☐þTITLEþ☐þSUBJECTþ☐þE_SUBJECTþ☐þCUSTODIANþ☐þNAT
IVE_FILEþ☐þFILE_NAMEþ

þFLYI000725þ☐þFLYI000727þ☐þ3☐þFLYi001þ☐000000000☐20050308☐20050308☐þMS Word for
Windows
Documentþ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000003.docþ☐þ#343768 v4 - Tenant Estoppel Certificate.docþ
þFLYI000728þ☐þFLYI000732þ☐þ5☐þFLYi001þ☐000000000☐20050308☐20050308☐þMS Word for
Windows
Documentþ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000006.docþ☐þ#343768 vDOC - Tenant Estoppel Certificate.docþ
þFLYI000733þ☐þFLYI000735þ☐þ3☐þFLYi001þ☐000000000☐20050308☐20050308☐þMS Word for
Windows
Documentþ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000013.docþ☐þ#343768 v4 - Tenant Estoppel Certificate.docþ
þFLYI000736þ☐þFLYI000740þ☐þ5☐þFLYi001þ☐000000000☐20050308☐20050308☐þMS Word for
Windows
Documentþ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000016.docþ☐þ#343768 vDOC - Tenant Estoppel Certificate.docþ
þFLYI000741þ☐þFLYI000743þ☐þ3☐þFLYi001þ☐000000000☐20050308☐20050308☐þMS Word for
Windows
Documentþ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000031.docþ☐þ#343768 v4 - Tenant Estoppel Certificate.docþ
þFLYI000744þ☐þFLYI000748þ☐þ5☐þFLYi001þ☐000000000☐20050308☐20050308☐þMS Word for
Windows
Documentþ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000034.docþ☐þ#343768 vDOC - Tenant Estoppel Certificate.docþ
þFLYI000749þ☐þFLYI000749þ☐þ1☐þFLYi001þ☐20050127☐000000000☐000000000☐þHyperText Markup
Languageþ☐þ☐þRichard Surratt <Richard.Surratt@flyi.com>þ☐þMike Stewart
<Mike.Stewart@flyi.com>; Tom Moore <Tom.Moore@flyi.com>; Rick Kennedy
<Rick.Kennedy@flyi.com>þ☐þJerry Caler <Jerry.Caler@flyi.com>þ☐þ☐þ☐þRE:
Potential new HDQ
landlordþ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0000040.htmþ☐þ
RE: Potential new HDQ landlord.htmþ
þFLYI000750þ☐þFLYI000751þ☐þ2☐þFLYi001þ☐000000000☐20060522☐20060523☐þMS Word for
Windows Documentþ☐þRoshanþ☐þ☐þ☐þ☐þ☐þ☐þTENANT ESTOPPEL
CERTIFICATEþ☐þ☐þ☐þ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi00000
44.DOCþ☐þExhibit F TENANT ESTOPPEL CERTIFICATE.DOCþ
þFLYI000752þ☐þFLYI000753þ☐þ2☐þFLYi001þ☐000000000☐20060310☐20060310☐þAdobe Portable
Document
Formatþ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0000057.pdfþ☐þLandlord Proposal.pdfþ
þFLYI000754þ☐þFLYI000756þ☐þ3☐þFLYi001þ☐000000000☐20050308☐20050308☐þMS Word for
Windows
Documentþ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000077.docþ☐þ#343768 v4 - Tenant Estoppel Certificate.docþ
þFLYI000757þ☐þFLYI000761þ☐þ5☐þFLYi001þ☐000000000☐20050308☐20050308☐þMS Word for
Windows
Documentþ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000080.docþ☐þ#343768 vDOC - Tenant Estoppel Certificate.docþ
þFLYI000762þ☐þFLYI000764þ☐þ3☐þFLYi001þ☐000000000☐20050302☐20050308☐þMS Word for
Windows
Documentþ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000087.DOCþ☐þTenant Estoppel Certificate.DOCþ
þFLYI000765þ☐þFLYI000769þ☐þ5☐þFLYi001þ☐000000000☐20050308☐20050308☐þMS Word for
Windows
Documentþ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000090.docþ☐þRedline.docþ
þFLYI000770þ☐þFLYI000771þ☐þ2☐þFLYi001þ☐20050308☐000000000☐000000000☐þHyperText Markup
Languageþ☐þ☐þMike Stewartþ☐þ'Honigberg, Carol C.' <CHonigberg@ReedSmith.com>þ☐þRick
Kennedy <Rick.Kennedy@flyi.com>þ☐þ☐þ☐þ☐þFW: Redline
Estoppelþ☐þ☐þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0000095.htmþ☐þ
FW: Redline Estoppel.htmþ

11.DAT

þFLYI000772þ◻þFLYI000777þ◻6◻þFLYI001þ◻00000000◻20050217◻20050218◻þMS Word for
Windows Documentþ◻þfagleyþ◻þ◻þ◻þ◻þ◻þ◻þSUBORDINATION, NONDISTURBANCE AND ATTORNMENT
AGREEMENTþ◻þ◻þ◻þ◻þ◻þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0000097
.DOCþ◻þLG III SNDA - Sun Life 021705.DOCþ
þFLYI000778þ◻þFLYI000780þ◻3◻þFLYI001þ◻00000000◻20050302◻20050302◻þMS Word for
Windows Documentþ◻þfagleyþ◻þ◻þ◻þ◻þ◻þ◻þTENANT ESTOPPEL
CERTIFICATEþ◻þ◻þ◻þ◻þ◻þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0001
11.docþ◻þLG III Estoppel Revised SunLife 030205.docþ
þFLYI000781þ◻þFLYI000783þ◻3◻þFLYI001þ◻00000000◻20050223◻20050223◻þMS Word for
Windows Documentþ◻þfagleyþ◻þ◻þ◻þ◻þ◻þ◻þTENANT ESTOPPEL
CERTIFICATEþ◻þ◻þ◻þ◻þ◻þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0001
17.docþ◻þSTAUBACH-COMMENTS-LG III Estoppel 021705.docþ
þFLYI000784þ◻þFLYI000789þ◻6◻þFLYI001þ◻00000000◻20050222◻20050222◻þMS Word for
Windows Documentþ◻þfagleyþ◻þ◻þ◻þ◻þ◻þ◻þSUBORDINATION, NONDISTURBANCE AND ATTORNMENT
AGREEMENTþ◻þ◻þ◻þ◻þ◻þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0000120
.DOCþ◻þSTAUBACH-COMMENTS-LG III SNDA - Sun Life 021705.DOCþ
þFLYI000790þ◻þFLYI000792þ◻3◻þFLYI001þ◻00000000◻20050223◻20050223◻þMS Word for
Windows Documentþ◻þfagleyþ◻þ◻þ◻þ◻þ◻þ◻þTENANT ESTOPPEL
CERTIFICATEþ◻þ◻þ◻þ◻þ◻þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0001
28.docþ◻þSTAUBACH-COMMENTS-LG III Estoppel 021705.docþ
þFLYI000793þ◻þFLYI000798þ◻6◻þFLYI001þ◻00000000◻20050222◻20050222◻þMS Word for
Windows Documentþ◻þfagleyþ◻þ◻þ◻þ◻þ◻þ◻þSUBORDINATION, NONDISTURBANCE AND ATTORNMENT
AGREEMENTþ◻þ◻þ◻þ◻þ◻þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0000131
.DOCþ◻þSTAUBACH-COMMENTS-LG III SNDA - Sun Life 021705.DOCþ
þFLYI000799þ◻þFLYI000801þ◻3◻þFLYI001þ◻20050218◻00000000◻00000000◻þHyperText Markup
Languageþ◻þ◻þMike Stewartþ◻þRick Kennedy <Rick.Kennedy@flyi.com>; Emma Belcher
<Emma.Belcher@flyi.com>þ◻þRichard Surratt <Richard.Surratt@flyi.com>þ◻þ◻þ◻þ◻þ◻þFW:
Sale of Loudoun Gateway III
þ◻þ◻þ◻þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0000137.htmþ◻þFW: Sale
of Loudoun Gateway III .htmþ
þFLYI000802þ◻þFLYI000804þ◻3◻þFLYI001þ◻00000000◻20050217◻20050218◻þMS Word for
Windows Documentþ◻þfagleyþ◻þ◻þ◻þ◻þ◻þ◻þTENANT ESTOPPEL
CERTIFICATEþ◻þ◻þ◻þ◻þ◻þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0001
40.docþ◻þLG III Estoppel 021705 .docþ
þFLYI000805þ◻þFLYI000810þ◻6◻þFLYI001þ◻00000000◻20050217◻20050218◻þMS Word for
Windows Documentþ◻þfagleyþ◻þ◻þ◻þ◻þ◻þ◻þSUBORDINATION, NONDISTURBANCE AND ATTORNMENT
AGREEMENTþ◻þ◻þ◻þ◻þ◻þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0000143
.DOCþ◻þLG III SNDA - Sun Life 021705.DOCþ
þFLYI000811þ◻þFLYI000812þ◻2◻þFLYI001þ◻20050207◻00000000◻00000000◻þHyperText Markup
Languageþ◻þ◻þ◻þMike Stewartþ◻þRick Kennedy <Rick.Kennedy@flyi.com>; Kerry Skeen
<Kerry.Skeen@flyi.com>; Tom Moore <Tom.Moore@flyi.com>; Richard Surratt
<Richard.Surratt@flyi.com>; Richard Surratt <Richard.Surratt@flyi.com>; Bill Brown
<Bill.Brown@flyi.com>; David Asai <David.Asai@flyi.com>þ◻þSharol Julich
<Sharol.Julich@flyi.com>; Emma Belcher <Emma.Belcher@flyi.com>; Jerry Caler
<Jerry.Caler@flyi.com>þ◻þ◻þ◻þ◻þ◻þRE: Potential New Landlord - You may receive a
Callþ◻þ◻þ◻þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0000149.htmþ◻þRE:
Potential New Landlord - You may receive a Call.htmþ
þFLYI000813þ◻þFLYI000813þ◻1◻þFLYI001þ◻20050127◻00000000◻00000000◻þHyperText Markup
Languageþ◻þ◻þMike Stewartþ◻þRichard Surratt <Richard.Surratt@flyi.com>; Tom Moore
<Tom.Moore@flyi.com>; Rick Kennedy <Rick.Kennedy@flyi.com>þ◻þJerry Caler
<Jerry.Caler@flyi.com>þ◻þ◻þ◻þ◻þ◻þPotential new HDQ
landlordþ◻þ◻þ◻þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0000153.htmþ◻þ
Potential new HDQ landlord.htmþ
þFLYI000814þ◻þFLYI000815þ◻2◻þFLYI001þ◻20030728◻00000000◻00000000◻þHyperText Markup
Languageþ◻þ◻þMike Stewart <Mike.Stewart2@atlanticcoast.com>þ◻þEmma Belcher
<Emma.Belcher@atlanticcoast.com>þ◻þDavid Asai <David.Asai@atlanticcoast.com>; Brian
Topper <Brian.Topper@atlanticcoast.com>; Rich McCormick
<Rich.McCormick@atlanticcoast.com>; Darren Elmore <Darren.Elmore@atlanticcoast.com>;
Rick Kennedy <Rick.Kennedy@atlanticcoast.com>; Jerry Caler
<Jerry.Caler@atlanticcoast.com>þ◻þ◻þ◻þ◻þ◻þ
Sub-tenantþ◻þ◻þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0000181.htmþ
◻þFW: Sub-tenant.htmþ
þFLYI000816þ◻þFLYI000817þ◻2◻þFLYI001þ◻20060523◻00000000◻00000000◻þHyperText Markup

11.DAT
Languageþ□þþ□þJoseph M. Witalec <jmwitalec@JonesDay.com>þ□þEmma Belcher
<Emma.Belcher@flyi.com>þ□þDavid Asai <David.Asai@flyi.com>; Mike Stewart
<Mike.Stewart@flyi.com>; Rick Kennedy <Rick.Kennedy@flyi.com>; Jeffrey D. Litle
<jdlitle@JonesDay.com>þ□þþ□þþ□þþ□þRe:  Headquarters Tenant Estoppel
Certificateþþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0000206.htm
þ□þRe:  Headquarters Tenant Estoppel Certificate.htmþ
þFLYI000818þ□þFLYI000823þ□6□þFLYi001þ000000000□20060523□20060523□þAdobe Portable
Document
Formatþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0000208.pdfþ□þDocument.pdfþ
þFLYI000824þ□þFLYI000826þ□3□þFLYi001þ000000000□20050302□20050308□þMS Word for
Windows
Documentþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000297.DOCþ□þTenant Estoppel Certificate.DOCþ
þFLYI000827þ□þFLYI000831þ□5□þFLYi001þ000000000□20050308□20050308□þMS Word for
Windows
Documentþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000300.docþ□þRedline.docþ
þFLYI000832þ□þFLYI000835þ□4□þFLYi001þ000000000□20050302□20050304□þMS Word for
Windows
Documentþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000307.DOCþ□þTenant Estoppel Certificate.DOCþ
þFLYI000836þ□þFLYI000840þ□5□þFLYi001þ000000000□20050304□20050304□þMS Word for
Windows
Documentþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□4□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000311.docþ□þRedline.docþ
þFLYI000841þ□þFLYI000844þ□4□þFLYi001þ000000000□20050302□20050302□þMS Word for
Windows
Documentþ□þþ□þþ□þþ□þþ□þþ□þþ□4□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000318.DOCþ□þTenant Estoppel Certificate.DOCþ
þFLYI000845þ□þFLYI000849þ□5□þFLYi001þ000000000□20050302□20050302□þMS Word for
Windows
Documentþ□þþ□þþ□þþ□þþ□þþ□þþ□4□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Nativ
e\001\FLYi0000322.docþ□þRedline.docþ
þFLYI000850þ□þFLYI000853þ□4□þFLYi001þ□20050302□000000000□000000000□þHyperText Markup
Languageþ□þþ□þHonigberg, Carol C. <CHonigberg@ReedSmith.com>þ□□þMike Stewart
<Mike.Stewart@flyi.com>þ□þRick Kennedy <Rick.Kennedy@flyi.com>þ□þþ□þþ□þþ□þRE:
Staubach Comments - Loudoun Gateway III Lease Purchase
Documentsþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FLYi0000327.htmþ□
þRE: Staubach Comments - Loudoun Gateway III Lease Purchase Documents.htmþ
þFLYI000854þ□þFLYI000854þ□1□þFLYi001þ000000000□20080401□20061221□þPK Zip
Archiveþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Native
\001\FLYi0000335.zipþ□þbank stmt - ACA.zipþ
þFLYI000855þ□þFLYI000864þ□10□þFLYi001þ000000000□000000000□20060927□þAdobe Portable
Document
Formatþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0000336.pdfþ□þbank stmt - ACA.zip?April 2002 bank stmt - ACA.pdfþ
þFLYI000865þ□þFLYI000894þ□30□þFLYi001þ000000000□000000000□20060927□þAdobe Portable
Document
Formatþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0000346.pdfþ□þbank stmt - ACA.zip?Sept 2003 bank stmt - ACA.pdfþ
þFLYI000895þ□þFLYI000921þ□27□þFLYi001þ000000000□000000000□20060927□þAdobe Portable
Document
Formatþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0000376.pdfþ□þbank stmt - ACA.zip?Dec 2003 bank stmt - ACA.pdfþ
þFLYI000922þ□þFLYI000930þ□9□þFLYi001þ000000000□000000000□20060927□þAdobe Portable
Document
Formatþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0000403.pdfþ□þbank stmt - ACA.zip?June 2002 bank stmt - ACA.pdfþ
þFLYI000931þ□þFLYI000962þ□32□þFLYi001þ000000000□000000000□20060927□þAdobe Portable
Document
Formatþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ \\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0000412.pdfþ□þbank stmt - ACA.zip?Mar 2004 bank stmt - ACA.pdfþ
Page 3

11.DAT

þFLYI000963þ░þFLYI000972þ░10░þFLYI000000þ░00000000░20060927░þAdobe Portable
Document
Formatþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0000444.pdfþ░þbank stmt - ACA.zip?Sept 2002 bank stmt - ACA.pdfþ
þFLYI000973þ░þFLYI000988þ░16░þFLYi001þ░00000000░20061109░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þKeri
Stocklandþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0000454.xlsþ░128030 & 204030 sorted.xlsþ
þFLYI000989þ░þFLYI000994þ░6░þFLYi001þ░00000000░20080401░20061221░þAdobe Portable
Document
Formatþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0000470.pdfþ░2004 FLYi 1120 Corporate Tax Return.pdfþ
þFLYI000995þ░þFLYI000996þ░2░þFLYi001þ░00000000░20060906░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\F
LYi\FLYi001\Native\001\FLYi0000476.xlsþ░289001.xlsþ
þFLYI000997þ░þFLYI001012þ░16░þFLYi001þ░00000000░20061109░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þACAþ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0000478.xlsþ░31 CMS GL detail 1993.xlsþ
þFLYI001013þ░þFLYI001013þ░1░þFLYi001þ░00000000░20051207░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þKeri
Stocklandþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0000494.xlsþ░þB15 & F Interco sent to KCC.xlsþ
þFLYI001014þ░þFLYI001102þ░89░þFLYi001þ░00000000░20060522░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þIndependence
Airþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FL
Yi0000495.xlsþ░CMS Company 31 Balance Sheet History.xlsþ
þFLYI001103þ░þFLYI001317þ░215░þFLYi001þ░00000000░20060509░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þIndependence
Airþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FL
Yi0000584.xlsþ░CMS Intercompany Account History - Superseded.xlsþ
þFLYI001318þ░þFLYI001624þ░307░þFLYi001þ░00000000░20060509░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þIndependence
Airþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FL
Yi0000799.xlsþ░CMS Intercompany Account History v2 8-25-06.xlsþ
þFLYI001625þ░þFLYI001804þ░180░þFLYi001þ░00000000░20060509░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þIndependence
Airþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FL
Yi0001106.xlsþ░CMS Intercompany Account History v2.xlsþ
þFLYI001805þ░þFLYI001920þ░116░þFLYi001þ░00000000░20031010░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þSandy
Sullivanþ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\0
01\FLYi0001295.xlsþ░þFLYI  Inc. Comparative Balance Sheet 1_31_04 - 6_30_04 .xlsþ
þFLYI001921þ░þFLYI001989þ░69░þFLYi001þ░00000000░20031010░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þSandy
Sullivanþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\0
01\FLYi0001411.xlsþ░þFLYI  Inc. Comparative Balance Sheet 7_31_04 - 12_31_04 .xlsþ
þFLYI001990þ░þFLYI002081þ░92░þFLYi001þ░00000000░20031010░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þSandy
Sullivanþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\0
01\FLYi0001480.xlsþ░þFLYI  Inc. Comparative Balance Sheet 9_30_04 - 12_31_04 .xlsþ
þFLYI002082þ░þFLYI002215þ░134░þFLYi001þ░00000000░20031010░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þSandy
Sullivanþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\0
01\FLYi0001572.xlsþ░þFLYi Comp_detail  BS (2006) for use with MOR.xlsþ
þFLYI002216þ░þFLYI002305þ░90░þFLYi001þ░00000000░20031010░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þSandy
Sullivanþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\0
01\FLYi0001708.xlsþ░þIndependence Air Comparative Balance Sheet 1_31_04 and
6_30_.xlsþ
þFLYI002306þ░þFLYI002439þ░134░þFLYi001þ░00000000░19980518░20061220░þMS Excel
Worksheet/Add-In/Templateþ░þacaþ░þ░þ░þ░þ░þ░þ░þ░þ░þ░þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0001798.xlsþ░þIntercompany Rec 7-31-06.xlsþ
þFLYI002440þ░þFLYI002662þ░223░þFLYi001þ░00000000░20060322░20061220░þMS Excel

11.DAT

Worksheet/Add-In/Templateþ□þKeri
Stocklandþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0001934.xlsþ□þIntercompany balances and gl detail subtotaled 8-25-06.xlsþ
þFLYI002663þ□þFLYI002904þ□þ242□þFLYi001þ000000000□20060322□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þKeri
Stocklandþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0002157.xlsþ□þIntercompany balances and gl detail subtotaled.xlsþ
þFLYI002905þ□þFLYI003000þ□þ96□þFLYi001þ000000000□20060512□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þACAþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0002399.xlsþ□þIntercompany query for offsets.xlsþ
þFLYI003001þ□þFLYI003001þ□1□þFLYi001þ000000000□20060323□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þLara
Smithþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0002495.xlsþ□þIntercompany rec 1-31-06.xlsþ
þFLYI003002þ□þFLYI003009þ□8□þFLYi001þ000000000□20060427□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þLara
Smithþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0002496.xlsþ□þIntercompany summary 3-31-06.xlsþ
þFLYI003010þ□þFLYI003165þ□156□þFLYi001þ000000000□20060427□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þLara
Smithþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0002504.xlsþ□þIntercompany summary to MB - updated 8-23-06 - breakout of $.xlsþ
þFLYI003166þ□þFLYI003181þ□16□þFLYi001þ000000000□20060427□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þLara
Smithþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0002660.xlsþ□þIntercompany summary to MB - updated 8-23-06.xlsþ
þFLYI003182þ□þFLYI003193þ□12□þFLYi001þ000000000□20060427□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þLara
Smithþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0002676.xlsþ□þIntercompany summary to MB - updated with 12-31-03 balances .xlsþ
þFLYI003194þ□þFLYI003205þ□12□þFLYi001þ000000000□20060427□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þLara
Smithþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0002688.xlsþ□þIntercompany summary to MB - updated with 12-31-03 balances.xlsþ
þFLYI003206þ□þFLYI003216þ□11□þFLYi001þ000000000□20060427□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þLara
Smithþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0002700.xlsþ□þIntercompany summary to MB.xlsþ
þFLYI003217þ□þFLYI003225þ□9□þFLYi001þ000000000□20080401□20061221□þAdobe Portable
Document.
Formatþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0002711.pdfþ□þJune 2002 bank stmt - ACA.pdfþ
þFLYI003226þ□þFLYI003255þ□30□þFLYi001þ000000000□20080401□20061221□þAdobe Portable
Document
Formatþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0002727.pdfþ□þSept 2003 bank stmt - ACA.pdfþ
þFLYI003256þ□þFLYI003367þ□112□þFLYi001þ000000000□20060525□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þACAþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0002759.xlsþ□þgl dump parent cash accounts 2001_2006 -
FROM SANDY.xlsþ
þFLYI003368þ□þFLYI003480þ□113□þFLYi001þ000000000□20060525□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þACAþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0002871.xlsþ□þgl dump parent cash accounts
2001_2006.xlsþ
þFLYI003481þ□þFLYI003520þ□40□þFLYi001þ000000000□20060906□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\F
LYi\FLYi001\Native\001\FLYi0002984.xlsþ□þtax payments to IRS 2001-2006.xlsþ
þFLYI003521þ□þFLYI003530þ□10□þFLYi001þ000000000□20080401□20061221□þAdobe Portable
Document
Formatþ□þþ□þþ□þþ□þþ□þþ□þþ□þþ□þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0003024.pdfþ□þApril 2002 bank stmt - ACA.pdfþ
þFLYI003531þ□þFLYI003557þ□27□þFLYi001þ000000000□20080401□20061221□þAdobe Portable
Document

```
                              11.DAT
Formatþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0003034.pdfþ□ⱶbDec 2003 bank stmt - ACA.pdfþ
þFLYI003558þ□ⱶFLYI003566þ□9□þFLYi001þ□000000000□20080401□20061221□ⱶAdobe Portable
Document
Formatþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0003061.pdfþ□ⱶbJune 2002 bank stmt - ACA.pdfþ
þFLYI003567þ□ⱶFLYI003579þ□13□þFLYi001þ□000000000□20080401□20061221□ⱶAdobe Portable
Document
Formatþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0003070.pdfþ□ⱶbJune 2003 bank stmt - ACA.pdfþ
þFLYI003580þ□ⱶFLYI003611þ□32□þFLYi001þ□000000000□20080401□20061221□ⱶAdobe Portable
Document
Formatþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0003083.pdfþ□ⱶbMar 2004 bank stmt - ACA.pdfþ
þFLYI003612þ□ⱶFLYI003621þ□10□þFLYi001þ□000000000□20080401□20061221□ⱶAdobe Portable
Document
Formatþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0003116.pdfþ□ⱶbSept 2002 bank stmt - ACA.pdfþ
þFLYI003622þ□ⱶFLYI003651þ□30□þFLYi001þ□000000000□20080401□20061221□ⱶAdobe Portable
Document
Formatþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0003126.pdfþ□ⱶbSept 2003 bank stmt - ACA.pdfþ
þFLYI003652þ□ⱶFLYI003714þ□63□þFLYi001þ□000000000□19990222□20061220□ⱶMS Excel
Worksheet/Add-In/Templateþ□ⱶTracy
Smithþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0003156.xlsþ□ⱶacaMar04.xlsþ
þFLYI003715þ□ⱶFLYI004158þ□444□þFLYi001þ□000000000□19990222□20061220□ⱶMS Excel
Worksheet/Add-In/Templateþ□ⱶTracy
Smithþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0003219.xlsþ□ⱶacaapr02.xlsþ
þFLYI004159þ□ⱶFLYI004641þ□483□þFLYi001þ□000000000□19990222□20061220□ⱶMS Excel
Worksheet/Add-In/Templateþ□ⱶTracy
Smithþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0003663.xlsþ□ⱶacadec01op.xlsþ
þFLYI004642þ□ⱶFLYI004682þ□41□þFLYi001þ□000000000□19990222□20061220□ⱶMS Excel
Worksheet/Add-In/Templateþ□ⱶTracy
Smithþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0004146.xlsþ□ⱶacadec03.xlsþ
þFLYI004683þ□ⱶFLYI004990þ□308□þFLYi001þ□000000000□19990222□20061220□ⱶMS Excel
Worksheet/Add-In/Templateþ□ⱶTracy
Smithþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0004187.xlsþ□ⱶacajun02.xlsþ
þFLYI004991þ□ⱶFLYI008588þ□3598□þFLYi001þ□000000000□19990222□20061220□ⱶMS Excel
Worksheet/Add-In/Templateþ□ⱶTracy
Smithþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0004495.xlsþ□ⱶacajunop.xlsþ
þFLYI008589þ□ⱶFLYI009118þ□530□þFLYi001þ□000000000□19990222□20061220□ⱶMS Excel
Worksheet/Add-In/Templateþ□ⱶTracy
Smithþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0008093.xlsþ□ⱶacamar02.xlsþ
þFLYI009119þ□ⱶFLYI009893þ□775□þFLYi001þ□000000000□19990222□20061220□ⱶMS Excel
Worksheet/Add-In/Templateþ□ⱶTracy
Smithþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0008623.xlsþ□ⱶacaoct02.xlsþ
þFLYI009894þ□ⱶFLYI010989þ□1096□þFLYi001þ□000000000□19990222□20061220□ⱶMS Excel
Worksheet/Add-In/Templateþ□ⱶTracy
Smithþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0009398.xlsþ□ⱶacasep01op.xlsþ
þFLYI010990þ□ⱶFLYI011045þ□56□þFLYi001þ□000000000□19990222□20061220□ⱶMS Excel
Worksheet/Add-In/Templateþ□ⱶTracy
Smithþ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□bbⱶ□\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\
FLYi0010494.xlsþ□ⱶacasep03.xlsþ
þFLYI011046þ□ⱶFLYI011046þ□1□þFLYi001þ□000000000□20080401□20061221□ⱶPK Zip
                              Page 6
```

11.DAT
Archiveþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native
\001\FLYi0010550.zipþ▯þbank stmt - ACA.zipþ
þFLYI011047þ▯þFLYI011056þ▯10▯þFLYi001þ▯00000000▯00000000▯20060927▯þAdobe Portable
Document
Formatþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0010551.pdfþ▯þbank stmt - ACA.zip?April 2002 bank stmt - ACA.pdfþ
þFLYI011057þ▯þFLYI011086þ▯30▯þFLYi001þ▯00000000▯00000000▯20060927▯þAdobe Portable
Document
Formatþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0010561.pdfþ▯þbank stmt - ACA.zip?Sept 2003 bank stmt - ACA.pdfþ
þFLYI011087þ▯þFLYI011113þ▯27▯þFLYi001þ▯00000000▯00000000▯20060927▯þAdobe Portable
Document
Formatþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0010591.pdfþ▯þbank stmt - ACA.zip?Dec 2003 bank stmt - ACA.pdfþ
þFLYI011114þ▯þFLYI011122þ▯09▯þFLYi001þ▯00000000▯00000000▯20060927▯þAdobe Portable
Document
Formatþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0010618.pdfþ▯þbank stmt - ACA.zip?June 2002 bank stmt - ACA.pdfþ
þFLYI011123þ▯þFLYI011154þ▯32▯þFLYi001þ▯00000000▯00000000▯20060927▯þAdobe Portable
Document
Formatþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0010627.pdfþ▯þbank stmt - ACA.zip?Mar 2004 bank stmt - ACA.pdfþ
þFLYI011155þ▯þFLYI011164þ▯10▯þFLYi001þ▯00000000▯00000000▯20060927▯þAdobe Portable
Document
Formatþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\
001\FLYi0010659.pdfþ▯þbank stmt - ACA.zip?Sept 2002 bank stmt - ACA.pdfþ
þFLYI011165þ▯þFLYI011174þ▯10▯þFLYi001þ▯00000000▯20061025▯20061220▯þMS Excel
Worksheet/Add-In/Templateþ▯þACAþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0010669.xlsþ▯þ1997 Co 31 assets.xlsþ
þFLYI011175þ▯þFLYI011186þ▯12▯þFLYi001þ▯00000000▯20061025▯20061220▯þMS Excel
Worksheet/Add-In/Templateþ▯þACAþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0010679.xlsþ▯þ1998 Co 31 assets.xlsþ
þFLYI011187þ▯þFLYI011187þ▯10▯þFLYi001þ▯00000000▯20061108▯20061220▯þMS Excel
Worksheet/Add-In/Templateþ▯þACAþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0010691.xlsþ▯þ2004 a.xlsþ
þFLYI011188þ▯þFLYI011207þ▯20▯þFLYi001þ▯00000000▯20061108▯20061220▯þMS Excel
Worksheet/Add-In/Templateþ▯þACAþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0010692.xlsþ▯þ2004.xlsþ
þFLYI011208þ▯þFLYI011225þ▯18▯þFLYi001þ▯00000000▯20061110▯20061220▯þMS Excel
Worksheet/Add-In/Templateþ▯þACAþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0010712.xlsþ▯þ31 1998.xlsþ
þFLYI011226þ▯þFLYI011237þ▯12▯þFLYi001þ▯00000000▯20061031▯20061220▯þMS Excel
Worksheet/Add-In/Templateþ▯þACAþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0010730.xlsþ▯þ31 BS 2001-2003.xlsþ
þFLYI011238þ▯þFLYI011249þ▯12▯þFLYi001þ▯00000000▯20061031▯20061220▯þMS Excel
Worksheet/Add-In/Templateþ▯þACAþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0010742.xlsþ▯þ31 BS 2004-2006.xlsþ
þFLYI011250þ▯þFLYI014403þ▯3154▯þFLYi001þ▯00000000▯19980512▯20061220▯þMS Excel
Worksheet/Add-In/Templateþ▯þKaren
Williamsþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\0
01\FLYi0010754.xlsþ▯þ31 BS1998.xlsþ
þFLYI014404þ▯þFLYI017166þ▯2763▯þFLYi001þ▯00000000▯19980512▯20061220▯þMS Excel
Worksheet/Add-In/Templateþ▯þKaren
Williamsþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\0
01\FLYi0013908.xlsþ▯þ31 BS1999.xlsþ
þFLYI017167þ▯þFLYI017184þ▯18▯þFLYi001þ▯00000000▯19980512▯20061220▯þMS Excel
Worksheet/Add-In/Templateþ▯þKaren
Williamsþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\0
01\FLYi0016671.xlsþ▯þ31 BS2000.xlsþ
þFLYI017185þ▯þFLYI017200þ▯16▯þFLYi001þ▯00000000▯20061109▯20061220▯þMS Excel
Worksheet/Add-In/Templateþ▯þACAþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þþ▯þ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0016689.xlsþ▯þ31 CMS GL detail 1993.xlsþ
þFLYI017201þ▯þFLYI017202þ▯2▯þFLYi001þ▯00000000▯20061110▯20061220▯þMS Excel
Page 7

11.DAT
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0016705.xlsþþ31 GL detail Nov 2000.xlsþ
þFLYI017203þþþFLYI017509þ307þþFLYi001þþ00000000þ20060509þ20061220þMS Excel
Worksheet/Add-In/TemplateþþIndependence
Airþþþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FL
Yi0016707.xlsþþCMS Intercompany Account History v2 8-25-06.xlsþ
þFLYI017510þþþFLYI017689þ180þþFLYi001þþ00000000þ20060509þ20061220þMS Excel
Worksheet/Add-In/TemplateþþIndependence
Airþþþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordance\FLYi\FLYi001\Native\001\FL
Yi0017014.xlsþþCMS Intercompany Account History v2.xlsþ
þFLYI017690þþþFLYI017694þ5þFLYi001þþ00000000þ20061026þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0017194.xlsþþCo 30 GL detail June -July 1997.xlsþ
þFLYI017695þþþFLYI023830þ6136þFLYi001þþ00000000þ20061026þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0017199.xlsþþCo 30 July 1997 Balance Sheet
detail.xlsþ
þFLYI023831þþþFLYI024278þ448þþFLYi001þþ00000000þ20061103þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0023335.xlsþþCo 30 Mar 2000 accts 100-128.xlsþ
þFLYI024279þþþFLYI025099þ821þþFLYi001þþ00000000þ20061103þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0023783.xlsþþCo 30 Nov 2000 accts 100-128.xlsþ
þFLYI025100þþþFLYI026767þ1668þþFLYi001þþ00000000þ20061103þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0024604.xlsþþCo 30 asset accts Dec 2000.xlsþ
þFLYI026768þþþFLYI028199þ1432þþFLYi001þþ00000000þ20061103þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0026272.xlsþþCo 30 asset accts Nov 2000.xlsþ
þFLYI028200þþþFLYI030071þ1872þþFLYi001þþ00000000þ20061103þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0027704.xlsþþCo 30 assets accts Dec 2001.xlsþ
þFLYI030072þþþFLYI031728þ1657þþFLYi001þþ00000000þ20061107þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0029576.xlsþþCo 30 liab accts Dec 2000.xlsþ
þFLYI031729þþþFLYI033566þ1838þþFLYi001þþ00000000þ20061103þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0031233.xlsþþCo 30 liab accts Dec 2001.xlsþ
þFLYI033567þþþFLYI035226þ1660þþFLYi001þþ00000000þ20061103þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0033071.xlsþþCo 30 liab accts Nov 2000.xlsþ
þFLYI035227þþþFLYI035244þ18þFLYi001þþ00000000þ20061109þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0034731.xlsþþCo 31 CMS detail 1997.xlsþ
þFLYI035245þþþFLYI035548þ304þþFLYi001þþ00000000þ20061117þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0034749.xlsþþCo 31 FIPP type entries.xlsþ
þFLYI035549þþþFLYI035580þ32þþFLYi001þþ00000000þ20061103þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0035053.xlsþþCo 31 GL detail 1999 CMS.xlsþ
þFLYI035581þþþFLYI035616þ36þþFLYi001þþ00000000þ20061031þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0035085.xlsþþCo 31 GL detail 2000 CMS.xlsþ
þFLYI035617þþþFLYI035874þ258þþFLYi001þþ00000000þ20061031þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0035121.xlsþþCo 31 GL detail 2001 - 2006 Lawson
Query.xlsþ
þFLYI035875þþþFLYI035984þ110þþFLYi001þþ00000000þ20061031þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0035379.xlsþþCo 31 GL detail 2001 CMS.xlsþ
þFLYI035985þþþFLYI036044þ60þþFLYi001þþ00000000þ20061031þ20061220þMS Excel
Worksheet/Add-In/TemplateþþACAþþþþþþþþþþþþþþþþþþþ\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0035489.xlsþþCo 31 GL detail 2002 CMS.xlsþ

11.DAT

þFLYI036045þ□þFLYI036084þ□40□þFLYi001þ□000000000□20061106□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordance\F
LYi\FLYi001\Native\001\FLYi0035549.xlsþ□þco 31 GL25 for Excel Export 2002.xlsþ
þFLYI036085þ□þFLYI036108þ□24□þFLYi001þ□000000000□20061106□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordance\F
LYi\FLYi001\Native\001\FLYi0035589.xlsþ□þco 31 GL25 for Excel Export 2003.xlsþ
þFLYI036109þ□þFLYI036140þ□32□þFLYi001þ□000000000□20061106□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordance\F
LYi\FLYi001\Native\001\FLYi0035613.xlsþ□þco 31 GL25 for Excel Export 2004.xlsþ
þFLYI036141þ□þFLYI036154þ□14□þFLYi001þ□000000000□20061108□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordance\F
LYi\FLYi001\Native\001\FLYi0035645.xlsþ□þco 31 GL25 for Excel Export 2005.xlsþ
þFLYI036155þ□þFLYI036282þ□128□þFLYi001þ□000000000□20061121□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þACAþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0035659.xlsþ□þco 31 IS 2001-2006.xlsþ
þFLYI036283þ□þFLYI036285þ□3□þFLYi001þ□000000000□20061026□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þACAþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0035787.xlsþ□þco 31 July 1997 Balance Sheet
detail.xlsþ
þFLYI036286þ□þFLYI036307þ□22□þFLYi001þ□000000000□20061117□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þACAþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0035790.xlsþ□þco 31 detail bs lawson 2001.xlsþ
þFLYI036308þ□þFLYI036346þ□39□þFLYi001þ□000000000□20061026□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þACAþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0035812.xlsþ□þco 31 xmit from CMS Jan 1997 - Dec
1997.xlsþ
þFLYI036347þ□□þFLYI036350þ□4□þFLYi001þ□000000000□20061026□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þACAþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordanc
e\FLYi\FLYi001\Native\001\FLYi0035851.xlsþ□þDebt offering $16.4M credit in 31 128030
for Ellen.xlsþ
þFLYI036351þ□þFLYI042530þ□6180□þFLYi002þ□000000000□20061026□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þACAþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0035855.xlsþ□þDebt offering $16.4M credit in 31
128030.xlsþ
þFLYI042531þ□þFLYI042534þ□4□þFLYi002þ□000000000□20061026□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þThom
Tarterþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\001
\FLYi0042035.XLSþ□þDec 96 -1997 xmit from CMS.XLSþ
þFLYI042535þ□þFLYI042735þ□201□þFLYi002þ□000000000□20060322□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þKeri
Stocklandþ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\
001\FLYi0042039.xlsþ□þIntercompany balances and gl detail subtotaled 8-25-06.xlsþ
þFLYI042736þ□þFLYI042977þ□242□þFLYi002þ□000000000□20060322□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þKeri
Stocklandþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\
001\FLYi0042240.xlsþ□þIntercompany balances and gl detail subtotaled 8-25-06.xlsþ
þFLYI042978þ□þFLYI042978þ□1□þFLYi002þ□000000000□20080401□20061221□þPK Zip
Archiveþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordance\FLYi\FLYi002\Native
\001\FLYi0042482.zipþ□þIntercompany claim.zipþ
þFLYI042979þ□þFLYI043201þ□223□þFLYi002þ□000000000□20060322□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þKeri
Stocklandþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\
001\FLYi0042483.xlsþ□þIntercompany claim.zip?Intercompany balances and gl detail
subtotaled 8-25-06.xlsþ
þFLYI043202þ□þFLYI043508þ□307□þFLYi002þ□000000000□20060509□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þIndependence
Airþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\001\FL
Yi0042706.xlsþ□þIntercompany claim.zip?CMS Intercompany Account History v2
8-25-06.xlsþ
þFLYI043509þ□□þFLYI043653þ□145□þFLYi002þ□000000000□20060427□20061220□þMS Excel
Worksheet/Add-In/Templateþ□þLara
Smithþ□þ□þ□þ□þ□þ□þ□þ□þ□þ□þ□b\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\001\
FLYi0043013.xlsþ□þIntercompany claim.zip?Intercompany summary to MB - updated

Page 9

11.DAT

8-23-06 - breakout of $764K.xlsþ
þFLYI043654þ⬛þFLYI043833þ⬛180⬛þFLYi002þ⬛00000000⬛20060509⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þIndependence
Airþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\001\FL
Yi0043158.xlsþ⬛þIntercompany claim.zip?CMS Intercompany Account History v2.xlsþ
þFLYI043834þ⬛þFLYI043982þ⬛149⬛þFLYi002þ⬛00000000⬛20060427⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þLara
Smithþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\001\
FLYi0043338.xlsþ⬛þIntercompany summary to MB - updated 8-23-06 - breakout  (1).xlsþ
þFLYI043983þ⬛þFLYI044141þ⬛159⬛þFLYi002þ⬛00000000⬛20060427⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þLara
Smithþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\001\
FLYi0043487.xlsþ⬛þIntercompany summary to MB - updated 8-23-06 - breakout of $.xlsþ
þFLYI044142þ⬛þFLYI044153þ⬛12⬛þFLYi002þ⬛00000000⬛20060427⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þLara
Smithþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\001\
FLYi0043646.xlsþ⬛þIntercompany summary to MB - updated with 12-31-03 balances .xlsþ
þFLYI044154þ⬛þFLYI044165þ⬛12⬛þFLYi002þ⬛00000000⬛20060427⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þLara
Smithþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\001\
FLYi0043658.xlsþ⬛þIntercompany summary to MB - updated with 12-31-03 balances.xlsþ
þFLYI044166þ⬛þFLYI044166þ⬛1⬛þFLYi002þ⬛00000000⬛20080401⬛20061221⬛Xnview
Filterþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\
001\FLYi0043670.txtþ⬛þJuly 1997 Balance Sheet detail.txtþ
þFLYI044167þ⬛þFLYI044173þ⬛7⬛þFLYi002þ⬛00000000⬛20061108⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þACAþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0043671.xlsþ⬛þParent Co cash build up for Ellen.xlsþ
þFLYI044174þ⬛þFLYI044174þ⬛1⬛þFLYi002þ⬛00000000⬛20061103⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þACAþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0043678.xlsþ⬛þParent Co cash build up.xlsþ
þFLYI044175þ⬛þFLYI044176þ⬛2⬛þFLYi002þ⬛00000000⬛20061117⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þACAþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0043679.xlsþ⬛þco 31 GL15 1997.xlsþ
þFLYI044177þ⬛þFLYI044178þ⬛2⬛þFLYi002þ⬛00000000⬛20061117⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þACAþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0043681.xlsþ⬛þco 31 GL15 1998.xlsþ
þFLYI044179þ⬛þFLYI044180þ⬛2⬛þFLYi002þ⬛00000000⬛20061117⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þACAþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0043683.xlsþ⬛þco 31 GL15 1999.xlsþ
þFLYI044181þ⬛þFLYI044182þ⬛2⬛þFLYi002þ⬛00000000⬛20061117⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þACAþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0043685.xlsþ⬛þco 31 GL15 2000.xlsþ
þFLYI044183þ⬛þFLYI044183þ⬛1⬛þFLYi002þ⬛00000000⬛20080401⬛20061221⬛PK Zip
Archiveþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordance\FLYi\FLYi002\Native
\001\FLYi0043687.zipþ⬛þco 31 queries.zipþ
þFLYI044184þ⬛þFLYI044263þ⬛80⬛þFLYi002þ⬛00000000⬛20061031⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þACAþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0043688.xlsþ⬛þco 31 queries.zip?Co 31 GL detail 2001
CMS.xlsþ
þFLYI044264þ⬛þFLYI044327þ⬛64⬛þFLYi002þ⬛00000000⬛20061031⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þACAþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0043768.xlsþ⬛þco 31 queries.zip?Co 31 GL detail 2002
CMS.xlsþ.
þFLYI044328þ⬛þFLYI047481þ⬛3154⬛þFLYi002þ⬛00000000⬛19980512⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þKaren
williamsþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\0
01\FLYi0043832.xlsþ⬛þco 31 queries.zip?31 BS1998.xlsþ
þFLYI047482þ⬛þFLYI050244þ⬛2763⬛þFLYi002þ⬛00000000⬛19980512⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þKaren
williamsþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordance\FLYi\FLYi002\Native\0
01\FLYi0046986.xlsþ⬛þco 31 queries.zip?31 BS1999.xlsþ
þFLYI050245þ⬛þFLYI050260þ⬛16⬛þFLYi002þ⬛00000000⬛20061031⬛20061220⬛MS Excel
Worksheet/Add-In/Templateþ⬛þACAþ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛þ⬛\\Lit01\Images2\Concordanc

11.DAT

e\FLYi\FLYi002\Native\001\FLYi0049749.xlsþþco 31 queries.zip?31 BS 2001-2003.xlsþ
þFLYI050261þþþFLYI050272þ12þFLYi002þ00000000020061031020061220þMS Excel
Worksheet/Add-In/Templateþþ ACAþþbþbþbþbþbþbþbþbþbþbþbþb\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0049765.xlsþþco 31 queries.zip?31 BS 2004-2006.xlsþ
þFLYI050273þþþFLYI050308þ36þþFLYi002þ00000000020061031020061220þMS Excel
Worksheet/Add-In/Templateþþ ACAþþbþbþbþbþbþbþbþbþbþbþbþb\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0049777.xlsþþco 31 queries.zip?Co 31 GL detail 2000
CMS.xlsþ
þFLYI050309þþþFLYI050566þ258þFLYi002þ00000000020061031020061220þMS Excel
Worksheet/Add-In/Templateþþ ACAþþbþbþbþbþbþbþbþbþbþbþbþb\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0049813.xlsþþco 31 queries.zip?Co 31 GL detail 2001 -
2006 Lawson Query.xlsþ
þFLYI050567þþþFLYI050578þ12þþFLYi002þ00000000020060808020061220þMS Excel
Worksheet/Add-In/Templateþþ ACAþþbþbþbþbþbþbþbþbþbþbþbþb\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0050071.xlsþþ128020.xlsþ
þFLYI050579þþþFLYI050584þ6þþFLYi002þ00000000020060808020061220þMS Excel
Worksheet/Add-In/Templateþþ ACAþþbþbþbþbþbþbþbþbþbþbþbþb\\Lit01\Images2\Concordanc
e\FLYi\FLYi002\Native\001\FLYi0050083.xlsþþ128031.xlsþ

# EXHIBIT 9

## Tamir D. Damari

| | |
|---|---|
| **From:** | Tamir D. Damari |
| **Sent:** | Tuesday, April 29, 2008 5:37 PM |
| **To:** | 'Mary E. Tait' |
| **Cc:** | rwhamilton@jonesday.com; Emil Hirsch; 'Cleary, M. Blake'; Zieg, Sharon; melorod@gtlaw.com |
| **Subject:** | RE: FLYi/Loudoun discovery issues |

Mary and Robert:

Thanks for the file and the CD, which we received today.  We appreciate the prompt efforts to address our concerns.

Unfortunately, while I was able to open the file with Notepad (I was unable to do so with Excel), the information was "jumbled".  Specifically,  legible text was interspersed with illegible text.  Also, both my paralegal and our IT person attempted to open the DVD files, but they were each unable to do so.  I'm guessing that whatever you sent us is potentially incompatible with the applications we have in our office.

Would you, or someone on your behalf, be available tomorrow or Thursday to participate in a brief conference call with our IT person and me to figure out whether there may be a way to solve the problem?  If so, it would be greatly appreciated.

With regard to your inquiries regarding documents, I've had the chance to review the bates ranges you listed below.  All of the documents are either attorney-client communications or completely unresponsive (e.g., in one case the document was a order form for photocopies, in another case the document was an exhibit tab).  The one exception is the document I've attached which is non-privileged and possibly responsive.  I don't know why you didn't receive it.  My apologies.  I will also try to forward the other documents you request as soon as time permits.

With respect to the deposition of Mr. Stewart, it doesn't look like 5/7 is feasible in light of the document issues and other scheduling conflicts in our office.  In connection with the proposed deposition of the Trust's representative, I will try to send you a 30(b)(6) notice tomorrow or Thursday.

In light of the emerging discovery issues, I was wondering whether it may make sense to stipulate to an extension of each of the remaining discovery deadlines (up until and including the 5/30 deadline for completion of expert discovery) by, let's say, two weeks.  This shouldn't interfere with the trial schedule, especially given that (in our view) pre-trial briefs are unlikely to be of much use in this case. Tell us what you think.

Tamir

-----Original Message-----
**From:** Mary E. Tait [mailto:metait@JonesDay.com]
**Sent:** Monday, April 28, 2008 5:15 PM
**To:** Tamir D. Damari
**Cc:** rwhamilton@jonesday.com
**Subject:** FLYi/Loudoun discovery issues


Hi Tamir, pleasure to speak with you today.  Attached is the file I mentioned that contains basic metadata for the FLYi electronic production.  You can open it from within Excel or with notepad.
  I am having a copy of a CD made and overnighted to you which contains the more voluminous metadata (allowing OCR searches of the documents on the CD's).  Give me a call if you have any difficulties with these.

Below is the lists of documents missing from the bates-range of Loudoun's production. Please confirm whether these have all been withheld on the basis of privilege:

LLC-001
LLC-00255
LLC-00601
LLC-00729 through LLC-00731
LLC-00786
LLC-00789
LLC-00794
LLC-00863
LLC-00878 through LLC-00881
LLC-01055
LLC-01057 through LLC-01065

Finally, the documents we would like to receive copies of are listed under item 6 on page 4 of the Bowersox expert report. They are:

The Urban Land Institute's Real Estate Capital Markets Update dated 12-15-06

Tax Assessments and Parcel Database of Loudoun County, Virginia

Comparative Income Statement for The Lenkin Company

Cassidy and Pinkard's Office Sales comparisons for 2006

Thanks,

Mary

_____

Mary E. Tait
Jones Day
P. O. Box 165017
Columbus, Ohio 43216-5017
Direct Dial: (614) 281-3914
Facsimile: (614) 461-4198
metait@jonesday.com

Street Address:

325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215-2673

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

# EXHIBIT 10

Microsoft Excel - 1DAT.xls

File  Edit  View  Insert  Format  Tools  Data  Window  Manage  Help

Arial   10   B  I  U

A1    ⌐BEGBATES⌐p⌐ENDBATES⌐p⌐ATTY_NOTES⌐p⌐BEGATTACH⌐p⌐ENDATTACH⌐p⌐NUMATTACH⌐p⌐ATTACHMT⌐p⌐ATTACH⌐p⌐PAGES⌐

| | A | B | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ⌐BEGBATES⌐p⌐ENDB | CC⌐p⌐TITLE⌐p⌐SUBJECT⌐p⌐E_SUBJECT⌐p⌐CUSTODIAN⌐p⌐NATIVE_FILE⌐p⌐FILE_NAME⌐p⌐PROD_BEG⌐p⌐PROD_END⌐p⌐MD5⌐p⌐DU | | | | | | | | | | | |
| 2 | ⌐FLYi0000 TENANT E | PID⌐p⌐DUPSTATUS⌐p⌐ERRORMSG⌐p⌐TEXTFILE⌐p⌐FULL_TEXT⌐ | | | | | | | | | | | |
| 3 | ⌐FLYi0000 TENANT E ⊗ | | Lender Formula Bar ife | c/o Sun Life of Cai | One Si | Wellesley Hills, M | Attention: Mortga | Loan No : ⊗ | | | | |
| 4 | ⌐FLYi0000 TENANT E ⊗ | | Lender : | Sun Life | c/o Sun Life of Cai | One Si | Wellesley Hills, M | Attention: Mortga | Loan No : ⊗ | | | |
| 5 | ⌐FLYi0000 TENANT E ⊗ | | Lender : | Sun Life | c/o Sun Life of Cai | One Si | Wellesley Hills, M | Attention: Mortga | Loan No : ⊗ | | | |
| 6 | ⌐FLYi0000 TENANT E ⊗ | | Lender : | Sun Life | c/o Sun Life of Cai | One Si | Wellesley Hills, M | Attention: Mortga | Loan No : ⊗ | | | |
| 7 | ⌐FLYi0000 TENANT E ⊗ | | Lender : | Sun Life | c/o Sun Life of Cai | One Si | Wellesley Hills, M | Attention: Mortga | Loan No : ⊗ | | | |
| 8 | ⌐FLYi0000040⌐p⌐FLYi0000040⌐p⌐p⌐p⌐p⌐p⌐p0⌐p⌐p⌐a⌐p⌐p1⌐Business Court Properties Files⌐p⌐FLYi001⌐p⌐20050127 ⌐00000000⌐a⌐00000000⌐a⌐HyperText Markup Li | | | | | | | | | | | |
| 9 | ⌐FLYi0000 Exhibit F C | TENANT E | Purchase⌐ | 8400 C | Landov | Attentic | Seller : | C/o Thr | 4922-A | Bethes | Attentic Tenant: | FLYi, Inc., | Lease: A cer |
| 10 | ⌐FLYi0000057⌐p⌐FLYi0000058⌐p⌐p⌐p⌐FLYi0000056⌐p⌐FLYi0000058⌐p0⌐p⌐p⌐a⌐p⌐p1⌐Business Court Properties Files⌐p⌐FLYi001⌐p⌐00000000⌐a⌐00060310⌐a⌐20050: | | | | | | | | | | | |
| 11 | ⌐FLYi0000 TENANT E ⊗ | | Lender : | Sun Life | c/o Sun Life of Cai | One Si | Wellesley Hills, M | Attention: Mortga | Loan No : ⊗ | | | |
| 12 | ⌐FLYi0000 TENANT E ⊗ | | Lender : | Sun Life | c/o Sun Life of Cai | One Si | Wellesley Hills, M | Attention: Mortga | Loan No : ⊗ | | | |
| 13 | ⌐FLYi0000 TENANT E ⊗ | | Lender : | Sun Life | c/o Sun Life of Cai | One Si | Wellesley Hills, M | Attention: Mortga | Loan No : ⊗ | | | |
| 14 | ⌐FLYi0000 TENANT E ⊗ | | Lender : | Sun Life | c/o Sun Life of Cai | One Si | Wellesley Hills, M | Attention: Mortga | Loan No : ⊗ | | | |
| 15 | ⌐FLYi0000095⌐p⌐FLYi0000096⌐p⌐p evidence that they thought they were dealing with FLYi⌐p⌐FLYi0000095⌐p⌐FLYi0000102⌐p⌐p1⌐p⌐FLYi0000097⌐p⌐LG III SNDA - Su | | | | | | | | | | | |
| 16 | ⌐FLYi0000 ⊗ | | SUBORDI | | ⊗ | | | ⊗ | Lender : | Sun Life A | One S | Wellesley |
| 17 | ⌐FLYi0000 TENANT E ⊗ | | Lender : | Sun Life | c/o Sun Life of Cai | One Si | Wellesley Hills, M | Attention: Mortga | Loan No : ⊗ | | | |
| 18 | ⌐FLYi0000 ⊗ | | TENANT E | Purchaser | Existing Li | Date: | | ⊗ | Tenant's N | Attn: General Cou | with a copy t | |
| 19 | ⌐FLYi0000 ⊗ | | SUBORDI | | ⊗ | | | ⊗ | Lender : | Sun Life A | One S | Wellesley |
| 20 | ⌐FLYi0000 ⊗ | | TENANT E | Purchaser | Existing Li | Tenant : | ⊗ | | Tenant's N | | Lender : | Sun Life A | One S | Wellesley |
| 21 | ⌐FLYi0000 ⊗ | | SUBORDI | | ⊗ | Date: | | ⊗ | Lender : | Sun Life A | One S | Wellesley |
| 22 | ⌐FLYi0000137⌐p⌐FLYi0000139⌐p⌐p⌐p⌐FLYi0000137⌐p⌐FLYi0000148⌐p⌐p2⌐p⌐FLYi0000140;FLYi0000143⌐p⌐LG III Estoppel 021705 .doc;LG III SNDA - Sun Life 02170( | | | | | | | | | | | |
| 23 | ⌐FLYi0000 ⊗ | | TENANT E | Purchaser | Existing Li | Date: | | ⊗ | Tenant's N | Sterling | Attn: General Cou | with a copy t | |
| 24 | ⌐FLYi0000 ⊗ | | SUBORDI | | ⊗ | Date: | | ⊗ | Lender : | Sun Life A | One S | Wellesley |
| 25 | ⌐FLYi0000149⌐p⌐FLYi0000150⌐p⌐p⌐p⌐p⌐p⌐p⌐p2⌐p⌐p⌐a⌐p⌐p1⌐Business Court Properties Files⌐p⌐FLYi001⌐p⌐20050207 ⌐00000000⌐a⌐00000000⌐a⌐HyperText Markup Li | | | | | | | | | | | |
| 26 | ⌐FLYi0000153⌐p⌐FLYi0000153⌐p⌐p⌐p⌐p⌐p⌐p0⌐p⌐p⌐a⌐p⌐p1⌐Business Court Properties Files⌐p⌐FLYi001⌐p⌐20050127 ⌐00000000⌐a⌐00000000⌐a⌐HyperText Markup Li | | | | | | | | | | | |
| 27 | ⌐FLYi0000181⌐p⌐FLYi0000182⌐p⌐p Does the email at the end of this establish that Mike worked for FLYi as well?   Plus Sam Gould deals with them before⌐p⌐p⌐p⌐p⌐p⌐C | | | | | | | | | | | |
| 28 | ⌐FLYi0000206⌐p⌐FLYi0000207⌐p⌐p⌐p⌐FLYi0000206⌐p⌐FLYi0000213⌐p⌐p1⌐p⌐FLYi0000209⌐p⌐Document.pdf⌐p⌐2⌐Business Court Properties Files⌐p⌐FLYi001⌐p⌐20( | | | | | | | | | | | |
| 29 | ⌐FLYi0000208⌐p⌐FLYi0000213⌐p⌐p{\rtf1\ansi\ansicpg1252\deff0\deflang1033{\fonttbl{\f0\fswiss\fcharset0 Arial;}}{\colortbl ;\red0\green0\blue0;}{\viewkind4\uc1pard\cf1\f | | | | | | | | | | | |
| 30 | ⌐FLYi0000 TENANT E ⊗ | | Lender : | Sun Life | c/o Sun Life of Cai | One Si | Wellesley Hills, M | Attention: Mortga | Loan No : ⊗ | | | |
| 31 | ⌐FLYi0000 TENANT E ⊗ | | Lender : | Sun Life | c/o Sun Life of Cai | One Si | Wellesley Hills, M | Attention: Mortga | Loan No : ⊗ | | | |

Ready                                                                    NUM



# EXHIBIT 11

## Tamir D. Damari

| | |
|---|---|
| **From:** | Tamir D. Damari |
| **Sent:** | Tuesday, May 06, 2008 3:58 PM |
| **To:** | 'Mary E. Tait'; rwhamilton@jonesday.com; 'Cleary, M. Blake'; Zieg, Sharon |
| **Cc:** | 'melorod@gtlaw.com'; Emil Hirsch |
| **Subject:** | 154339_1.DOC |

Dear Counsel:

I am writing to follow up on some discovery items, listed below.

1. **Bowersox Documents -** Regarding the Trust's request for the documents identified in Mr. Bowersox's Expert Report, please see the PDF file attached below.

2. **30(b)(6) of the Trust -** Per our prior conversation, I attach a draft 30(b)(6) for the Trust. Please provide me with a date and time that will work for you.

3. **Broker Documents -** Regarding the Trust's request that LLC produce relevant documents in the custody of its brokers, it is our position that each of the brokers who worked with LLC in connection with the transactions relevant to this case were independent contractors rather than agents or fiduciaries. As such, the relevant documents which these brokers may have are not within the possession, custody or control of LLC. Accordingly, LLC is not obligated, nor will it assume the obligation, to produce these documents.

Finally, my IT consultant visited our office again to attempt to open the metadata files that the Trust sent in Excel format. While she was able to open the files, the information she pulled up was once again unintelligible.

As always, please call me if you have any questions.

Tamir

     

154339_1.DOC (50     SFX1C3A.pdf (1
KB)                          MB)