IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FLYi, INC., et al. | : | Case No. 05-20011-MFW |
| | : | Jointly Administered |
| Debtors. | : | |
| _____ | : | |

## ORDER

UPON CONSIDERATION of Loudoun Gateway III, LLC's Motion to Compel Discovery, Points and Authorities in support thereof and any Opposition thereto, it is, this _____ day of _____, 2008; hereby

ORDERED, that such Motion is GRANTED; and further

ORDERED, that The FLYi and Independence Air Liquidating Trust is hereby directed to produce all of its documents responsive to the LLC's First Request for Production of Documents, in a format and manner consistent with F.R.C.P. 34, within ten (10) days of the date of this Order.

Dated: May ___, 2008

_____
Honorable Mary F. Walrath
Chief United States Bankruptcy Judge

copies to:

Victoria W. Counihan, Esq.
Dennis A. Meloro, Esq.
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

Emil Hirsch, Esq.
O'Connor & Hannan, LLP
1666 K Street N.W.
Suite 500
Washington, D.C. 20006

M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Robert W. Hamilton, Esq.
Mary E. Tait, Esq.
Jones Day
325 John H. McConnel Blvd., Suite 600
Columbus, Ohio 43216-5017