UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                         :    Chapter 11
                                               :    Case No. 05-20011 (MFW)
FLYi, INC., et al.,                            :
                                               :    Jointly Administered
            Debtors.                           :
                                               :    **Re: Docket Nos. 2130 and 2573**
---------------------------------------------------x

## AGREED ORDER REGARDING CLAIM NUMBERS 5473 AND 5740 FILED BY LOUDOUN GATEWAY

Upon consideration of Omnibus Objection No. 30 (Substantive) and Motion to Reduce or Reclassify Certain Proofs of Claim [Docket No. 2130] (the "Omnibus Objection"), FLYi and Independence Air Distribution Trust's (the "Trust") Supplemental Objection to Claim Number 5473 Filed by Loudoun Gateway III, LLC and Objection to Claim No. 5740 Filed by Loudoun Gateway III, LLC ("LLC") [Docket No. 2573] (the "Supplemental Objection" and together with the Omnibus Objection, the "Objections"), and related pleadings; and any responses filed by LLC related thereto (the "Responsive Pleadings" and together with the Objections and related pleadings, the "Pleadings"); and the Court having jurisdiction to consider the Pleadings pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Pleadings being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and no other or further notice need be provided; and the Trust and LLC having reached an agreement with respect to the Pleadings, which agreement was set forth on the record at the June 25, 2008 hearing and in this Order; and the Court having found and determined that approval of the agreement in settlement of the Pleadings as set forth herein is appropriate and that no further notice need be provided; and upon all of the proceedings had before the Court related to the Pleadings, and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Within two (2) business days of this Order becoming a final and non-appealable order, the Trust shall pay LLC $110,000.00 (the "Trust Payment") by one or more checks.

2. Upon LLC's receipt of the Trust Payment, Claim No. 5473 in the amount of $2,324,324.16 filed by LLC and Claim No. 5740 in the amount of $2,324,324.16 also filed by LLC shall be deemed to be withdrawn with prejudice.

3. Other than with respect to the enforcement of this Order, and subject to the foregoing, LLC and the Trust (for itself and on behalf of the estates of FLYi, Inc. and Independence Air, Inc.) and their present or former attorneys, directors, officers, agents, employees, divisions, subsidiaries, corporate parents, members, affiliates, predecessors, successors and assigns, hereby completely and forever release and discharge each other from any and all claims, debts, causes of action or any other liability whatsoever, known or unknown, asserted or unasserted which accrued on or before the date of this Order.

4. Each party shall bear its own attorneys' fees and costs.

5. The Court shall retain jurisdiction to interpret, enforce, and resolve any disputes arising under or related to this Order. Any motion or application brought before the Court to resolve any dispute arising under or related to this Order shall be brought on proper notice in accordance with the relevant Federal Rules of Bankruptcy Procedure and the Local Rules of the Court.

6.  The person who executes this Order by or on behalf of each respective party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Order on behalf of such party.

Dated: Wilmington, Delaware
  June 27, 2008

*signature*
Mary F. Walrath
Chief United States Bankruptcy Judge

Dated: June 25, 2008

AGREED TO:

YOUNG CONAWAY STARGATT & TAYLOR, LLC

*signature*

M. Blake Cleary (No. 3614)
Sharon Zieg (No. 4196)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

and

Robert W. Hamilton
Mary E. Tait
Jones Day
325 John H. McConnel Blvd., Suite 600
Columbus, Ohio 43215

*Attorneys for the FLYi and Independence Air Liquidating Trust*

Dated: June 25, 2008

AGREED TO:

O'CONNOR & HANNAN, LLP

*signature*

Emil Hirsch
Tamir Damari
1666 K Street N.W.
Suite 500
Washington, D.C. 20006
Tel: (202) 887-1400

*Attorneys for Loudoun Gateway III, LLC*