## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------x
                                    :
In re                               :  Chapter 11
                                    :
    FLYi, Inc., et al.,¹            :  Case No. 05-20011 (MFW)
                                    :
                    Debtors.        :  (Jointly Administered)
                                    :
                                    :
---------------------------------------------------------x
```

### NOTICE OF PROPOSED DISTRIBUTION TO HOLDERS OF ALLOWED CLAIMS

TO:  (I) THE U.S. TRUSTEE; (II) COUNSEL TO THE STEERING COMMITTEE; AND (III) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

PLEASE TAKE NOTICE that, on or about July 31, 2008, the FLYi and Independence Air Distribution Trust (the "Distribution Trust"), as successor in interest to and transferee of the above-captioned debtors (collectively, the "Debtors"), in accordance with the First Amended Joint Plan of Liquidation of FLYi Inc. and its Debtor Affiliates (the "Plan")² and the Distribution Trust Agreement, intends to make a distribution (the "Distribution") in the following percentages only to those holders of Allowed Claims whose claims were not allowed as of the time of the Distribution Trust's previous distribution of April 30, 2008, but have subsequently been allowed as of June 30, 2008, and only in the following classes:

 i. Class 3A (General Unsecured Claims against FLYi): General Unsecured Claims (other than Class 5 Claims) against FLYi – 6.0%.

 ii. Class 4 (General Unsecured Claims against all the Debtors other than FLYi): General Unsecured Claims (other than Class 6 Claims) against all the Debtors other than FLYi – 11.5%.

Except as set forth in this Notice, there shall be no quarterly distribution to holders of Allowed Claims for the quarter ending June 30, 2008.

PLEASE TAKE FURTHER NOTICE that the Distribution Trust has revised the range of projected distributions from those previously disclosed in the Disclosure Statement Pursuant

---

[1] The Debtors were the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FLYi, Inc. (1051); Independence Air, Inc. (1749); Atlantic Coast Jet, LLC (1492); Atlantic Coast Academy, Inc. (9852); IA Sub, Inc. (none); WaKeeney, Inc. (none); and Atlantic Coast Airlines, Inc. (none). The address of each of the Debtors was 45200 Business Court, Dulles, VA 20166.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

to Section 1125 of the Bankruptcy Code With Respect to the Joint Plan of Liquidation For FLYi, Inc. and Its Debtor Affiliates (the "<u>Disclosure Statement</u>") as follows:

    i.   Class 3A and 3B projected distributions have been revised from a low of 5.5% and a high of 10.4%, to a low of 6.0% and a high of 8.0%.

    ii.  Class 4 projected distributions have been revised from a low of 6.9% and a high of 19.6%, to a low of 11.5% and a high of 16.0%.

## <u>RESERVATION OF RIGHTS</u>

PLEASE TAKE FURTHER NOTICE that the Distribution Trust reserves the right to, among other things (a) withdraw its intent to make the Distribution at this time, (b) reduce the percentages associated with the Distribution without further notice; and (c) revise the distribution percentages projected herein and set forth in the Disclosure Statement. Nothing contained in this Notice shall be construed as guaranteeing the distribution percentages to be realized by holders of Allowed Claims. Moreover, nothing contained in this Notice shall preclude the Distribution Trust from objecting to any Claim, other than Allowed Claims, whether scheduled or filed, on any grounds.

Dated: Wilmington, Delaware
      July 18, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6759
Facsimile: (302) 571-1253

- and -

JONES DAY
Paul D. Leake
Brad B. Erens
Scott J. Friedman
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Counsel to the FLYi and
Independence Air Distribution Trust

DB02:6985869.1                                                                                                    064657.1001